UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago; City and County of Denver; and Pima County,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and David Richardson, in his official capacity as Acting Administrator of the United States Federal Emergency Management Agency,<br><br>Defendants. | Case No. 25-5463<br><br>Judge Matthew F. Kennelly |

**STATUS REPORT**

Pursuant to the Court's order dated May 30, 2025, Plaintiffs City of Chicago, City and County of Denver, and Pima County submit this status report.

1. On May 16, 2025, Plaintiffs filed a complaint against Defendants United States Department of Homeland Security ("DHS"), DHS Secretary Kristi Noem, United States Federal Emergency Management Agency ("FEMA"), and FEMA Acting Administrator David Richardson.

2. The complaint challenges Defendants' freeze of funding under, and termination of, the Shelter and Services Program, a FEMA program that reimburses grantees for providing services to migrants whom DHS processed and released into the United States. The complaint alleges that Defendants violated the United States Constitution and the Administrative Procedure Act, and that Defendants acted ultra vires.

3. Pursuant to Fed. R. Civ. P. 4(i)(2), Plaintiffs have completed service of the summons and complaint:

1

      a.      On May 20, 2025, Plaintiffs sent the summons and complaint to Defendants by certified mail. The United States Postal Service reports that it delivered the packages to (i) FEMA and Acting Administrator Richardson on May 28 and (ii) DHS and Secretary Noem on June 2.

      b.      On June 2, 2025, Plaintiffs hand delivered the summons and complaint to Defendants via an authorized employee with the Office of the United States Attorney for the Northern District of Illinois. *See* Fed. R. Civ. P. 4(i)(1)(A)(i).

      c.      On June 2, 2025, Plaintiffs sent the summons and complaint to the Attorney General of the United States by certified mail. *See* Fed. R. Civ. P. 4(i)(1)(B); *see also* Fed. R. Civ. P. 5(b)(2)(C) ("service is complete upon mailing").

4.      Plaintiffs intend to file a motion for a preliminary injunction by June 16, 2025.

5.      On June 2, 2025, Plaintiffs informed Assistant United States Attorney Thomas Walsh, the Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of Illinois, about the Court's order setting a status hearing on June 5, 2025.

Dated: June 3, 2025            Respectfully submitted,

                                  Mary B. Richardson-Lowry
                                  Corporation Counsel of the City of Chicago

                                  By: /s/ Lucy Prather
                                  Lucy Prather (lucy.prather@cityofchicago.org)
                                  Rebecca Hirsch (rebecca.hirsch2@cityofchicago.org)
                                  Chelsey Metcalf (chelsey.metcalf@cityofchicago.org)
                                  Stephen Kane (stephen.kane@cityofchicago.org)
                                  City of Chicago Department of Law
                                  121 North LaSalle Street, Room 600
                                  Chicago, Illinois 60602
                                  Tel: 312-744-4294

*Attorneys for Plaintiff City of Chicago*

| | |
|---|---|
| LAURA CONOVER<br>PIMA COUNTY ATTORNEY | Katie McLoughlin<br>Acting City Attorney, City and County of Denver |
| By: */s/ Samuel E. Brown*<br>Samuel E. Brown* (sam.brown@pcao.pima.gov)<br>Bobby Yu* (bobby.yu@pcao.pima.gov)<br>Kyle Johnson* (kyle.johnson@pcao.pima.gov)<br>Pima County Attorney's Office, Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, Arizona 85701<br>Tel: (520) 724-5700 | By: */s/ Matthew J. Mulbarger*<br>Matthew J. Mulbarger<br>(matthew.mulbarger@denvergov.org)<br>Denver City Attorney's Office<br>201 W Colfax Avenue<br>Denver, CO 80202<br>Tel: 720-913-8050 |
| *Attorneys for Plaintiff Pima County* | *Attorneys for Plaintiff City and County of Denver* |

*Pro Hac Vice applications forthcoming*

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2025, I am causing the foregoing document to be sent by U.S. mail to:

Thomas P. Walsh
U.S. Attorney's Office, Northern District of Illinois
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

I further certify that I will email the foregoing document to Mr. Walsh on June 3, 2025.

/s/ Lucy Prather
Lucy Prather