# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago;<br><br>City and County of Denver; and<br><br>Pima County;<br><br>    *Plaintiffs,*<br> vs.<br><br>United States Department of Homeland Security;<br><br>Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security;<br><br>United States Federal Emergency Management Agency;<br><br>David Robinson, in his official capacity as Acting Administrator of the Federal Emergency Management Agency;<br><br>    *Defendants.* | Case No. 25-cv-5463<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Plaintiffs, through undersigned counsel, hereby move the Court for a Temporary Restraining Order pursuant to Federal Rule 65. This motion is based upon all the records, files, and proceedings herein, as well as the legal memoranda, affidavits, exhibits, and arguments of counsel. As described in Plaintiffs' supporting Memorandum and exhibits, Plaintiffs have made a clear showing that immediate and irreparable injury, loss, or damage will result to Plaintiffs if the Court does not grant relief on an emergency basis and without hearing from Defendants.

  Plaintiffs therefore request that the Court order enjoin Defendants, their officers, agents, servants, employees, and attorneys from reprogramming and transferring Shelter and Services

Program funds until such time as the Court has ruled on Plaintiffs' Motion for Preliminary Injunction.

Dated: July 12, 2025

Respectfully Submitted,

Mary B. Richardson-Lowry,
Corporation Counsel of the City of Chicago

By: */s/ Lucy Prather*
Lucy Prather (lucy.prather@cityofchicago.org)
Rebecca Hirsch (rebecca.hirsch2@cityofchicago.org)
Chelsey Metcalf (chelsey.metcalf@cityofchicago.org)
Stephen Kane (stephen.kane@cityofchicago.org)
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel: 312-744-4294
*Attorneys for Plaintiff City of Chicago*

| | |
|---|---|
| LAURA CONOVER<br>PIMA COUNTY ATTORNEY | Katie McLoughlin<br>Acting City Attorney, City and County of Denver |
| By: */s/ Kyle Johnson*<br>Samuel E. Brown (sam.brown@pcao.pima.gov)<br>Bobby Yu (bobby.yu@pcao.pima.gov)<br>Kyle Johnson (kyle.johnson@pcao.pima.gov)<br>Pima County Attorney's Office, Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, Arizona 85701<br>Tel: (520) 724-5700<br>*Attorneys for Plaintiff Pima County* | By: */s/ Matthew J. Mulbarger*<br>Matthew J. Mulbarger<br>(matthew.mulbarger@denvergov.org)<br>Denver City Attorney's Office<br>201 W Colfax Avenue<br>Denver, CO 80202<br>Tel: 720-913-8050<br>*Attorneys for Plaintiff City and County of Denver* |