UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

City Of Chicago, et al.
                                        Plaintiff,
v.                                                      Case No.: 1:25−cv−05463
                                                        Honorable Matthew F. Kennelly
Department of Homeland Security, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, July 12, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: This order is entered at approximately 9:25 PM Central Time on July 12, 2025. The plaintiffs in this case filed late this afternoon an emergency motion for a temporary restraining order seeking emergency relief on an ex parte basis. The motion has been served upon defendants via CM/ECF. The motion and supporting materials support a finding that defendants are likely, prior to the hearing on the preliminary injunction in this case, to effectively render the case moot, by reprogramming, transferring, de−obligating, or otherwise eliminating, the Shelter and Services Program grants to the plaintiffs (and others). This would cause irreparable injury to the plaintiffs. Plaintiffs' motions and supporting materials also indicate that the reprogramming, transferring, de−obligating, or elimination of these funds may take place over this weekend, when the Court is not in session, or otherwise before a hearing may be held. Plaintiffs have provided via affidavit specific facts clearly showing that immediate and irreparable injury will result to plaintiffs before defendants can be heard in opposition, and plaintiffs have also certified (and the docket reflects) that plaintiffs have attempted to obtain assurances from defendants and have given notice to defendants of their anticipated and actual filing of the motion for a temporary restraining order. See Fed. R. Civ. P. 65(b). For these reasons, the Court bars the defendants, as well as their officers, agents, servants, employees, and attorneys, from reprogramming, transferring, de−obligating, or otherwise eliminating, Shelter and Services program funds directly or indirectly (via pass−throughs) awarded or issued to the plaintiffs in this case. This order will expire at 5:00 PM Central Time on Wednesday, July 16, 2025 unless extended by the Court. Defendants are directed to file a written response to plaintiff's motion for a temporary restraining order by 3:00 PM Central Time on Monday, July 14, 2025. An in−person hearing regarding whether the present temporary restraining order should be extended, and whether the briefing schedule on the motion for preliminary injunction should be advanced, is set for Tuesday, July 15, 2025 at 10:00 AM in Courtroom 2103. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.