# EXHIBIT A



U.S. Department of Homeland Security
Washington, DC 20528

Date: June 26, 2025

# Notice of Grant Award
## Fiscal Year 2025 – Detention Support Grant Program

Pursuant to the Full-Year Continuing Appropriations and Extensions Act, 2025 (Public Law Number 119-4), which continues the Section 507 terms and reporting requirements of the Fiscal Year 2024 Department of Homeland Security Appropriations Act (Public Law Number 118-47), the Department of Homeland Security is notifying the Committees on Appropriations that the following award will be announced under the Fiscal Year 2025 Detention Support Grant Program on or after July 1, 2025.

| | |
|---|---|
| $608,400,000 | State of Florida to shelter illegal aliens in a detention environment until transferred to the United States Immigration and Customs Enforcement. |

The Detention Support Grant Program is authorized and funded under the Full-Year Continuing Appropriations and Extensions Act, 2025 (Public Law Number 119-4). The Detention Support Grant Program provides financial assistance to relieve overcrowding in the United States Customs and Border Protection's short-term holding facilities, furthers the Department's immigration enforcement plans, and complements the United States Immigration and Customs Enforcement's operational priorities.

Additional details on the Fiscal Year 2025 Detention Support Grant Program will be available online at https://sam.gov/assistance-listings. Please email FEMA-Grants-News@fema.dhs.gov with all other questions.

1

This notice is provided by the Department of Homeland Security to the House and Senate Appropriations Committees pursuant to Section 507 of Public Law Number 119-4. Questions may be directed to the Office of the Chief Financial Officer at cfofrontoffice@hq.dhs.gov.

PRE-DECISIONAL/DELIBERATIVE

**Congressional Representation:**

| **Florida Representatives** | **Florida Senators** |
|---|---|
| Jimmy Patronis (FL-01) | Rick Scott |
| Neal Dunn (FL-02) | Ashley Moody |
| Kat Cammack (FL-03) | |
| Aaron Bean (FL-04) | |
| John Rutherford (FL-05) | |
| Randy Fine (FL-06) | |
| Cory Mills (FL-07) | |
| Mike Haridopolos (FL-08) | |
| Darren Soto (FL-09) | |
| Maxwell Frost (FL-10) | |
| Daniel Webster (FL-11) | |
| Gus Bilirakis (FL-12) | |
| Anna Paulina Luna (FL-13) | |
| Kathy Castor (FL-14) | |
| Laurel Lee (FL-15) | |
| Vern Buchanan (FL-16) | |
| Greg Steube (FL-17) | |
| Scott Franklin (FL-18) | |
| Byron Donalds (FL-19) | |
| Sheila Cherfilus-McCormick (FL-20) | |
| Brian Mast (FL-21) | |
| Lois Frankel (FL-22) | |
| Jared Moskowitz (FL-23) | |
| Frederica Wilson (FL-24) | |
| Debbie Wasserman Schultz (FL-25) | |
| Mario Diaz-Balart (FL-26) | |
| Maria Salazar (FL-27) | |
| Carlos Gimenez (FL-28) | |

This notice is provided by the Department of Homeland Security to the House and Senate Appropriations Committees pursuant to Section 507 of Public Law Number 119-4. Questions may be directed to the Office of the Chief Financial Officer at cfofrontoffice@hq.dhs.gov.

PRE-DECISIONAL/DELIBERATIVE