UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

City Of Chicago, et al.
                                          Plaintiff,

v.                                                    Case No.: 1:25−cv−05463
                                                      Honorable Matthew F. Kennelly

Department of Homeland Security, et al.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 7/15/2025. The plaintiffs' motion for temporary restraining order [31] is denied for the reasons stated in open court. The Court's previously entered order barring the defendants, as well as their officers, agents, servants, employees, and attorneys, from reprogramming, transferring, de−obligating, or otherwise eliminating, Shelter and Services program funds directly or indirectly (via pass−throughs) awarded or issued to the plaintiffs in this case is vacated for the reasons stated in open court. The deadline for the defendant's response to the motion for preliminary injunction [27] is extended to 7/30/2025; the deadline for the plaintiff&#039;s reply is extended to 8/13/2025. The telephonic status hearing set for 8/13/2025 is vacated and reset to 8/20/2025 at 9:00 a.m. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.