# Exhibit 1



# Shelter and Services Program

First Quarter, Fiscal Year 2024

*November 18, 2024*

Fiscal Year 2024 Report to Congress



*Federal Emergency Management Agency*

*U.S. Customs and Border Protection*

# Message from the FEMA Administrator and CBP Senior Official Performing the Duties of the Commissioner

November 18, 2024

We are pleased to submit the Fiscal Year (FY) 2024 Shelter and Services Program (SSP) Quarterly Report for the first quarter (Q1) of FY 2024, which covers the October – December 2023 reporting period. This report has been prepared by the Federal Emergency Management Agency (FEMA) in collaboration with U.S. Customs and Border Protection.



This report was compiled as directed pursuant to the Joint Explanatory Statement accompanying the FY 2024 Department of Homeland Security (DHS) Appropriations Act (P.L. 118-47). This report includes the legislative authority and background information on data reporting, performance measures, relevant U.S. Customs and Border Protection (CBP) metrics, and an analysis/discussion of quarterly performance metrics.

Pursuant to congressional requirements, this report is provided to the following Members of Congress:



    The Honorable Mark Amodei
    Chairman, House Appropriations Subcommittee
    on Homeland Security

    The Honorable Lauren Underwood
    Ranking Member, House Appropriations
    Subcommittee on Homeland Security

    The Honorable Chris Murphy
    Chair, Senate Appropriations Subcommittee on Homeland Security

    The Honorable Katie Britt
    Ranking Member, Senate Appropriations Subcommittee on Homeland Security

Inquiries related to this report may be directed to FEMA's Congressional Affairs Division at (202) 646-3900.

Sincerely,


Deanne Criswell
Administrator
Federal Emergency Management Agency

Troy A. Miller
Senior Official Performing the Duties of the
Commissioner
U.S. Customs and Border Protection

# Executive Summary

DHS is committed to ensuring appropriate coordination with and support for state, local, and community leaders to help mitigate increased impacts to their communities associated with noncitizen migrant arrivals as outlined in the [DHS Plan for Southwest Border Security and Preparedness | Homeland Security](#), issued on April 26, 2022, and [updated](#) on Dec. 13, 2022.

The [Shelter and Services Program](#) (SSP) is a DHS grant program that makes federal funds available to non-federal entities to offset allowable costs incurred for certain services provided to noncitizens who have been processed by DHS and are awaiting the outcome of their immigration proceedings.  The SSP supports the [DHS Strategic Plan for Fiscal Years 2020–2024](#), Goal 5: Strengthen Preparedness and Resilience, Objective 5.1: Build a National Culture of Preparedness.

This report serves as a quarterly performance update for the Shelter and Services Program's (SSP) Oct. 1, 2023 – Dec. 31, 2023 reporting period for FY 2023 grant recipients.  In FY 2023, SSP awarded $363,800,000 to 56 eligible entities to support humanitarian services (including food, shelter, and medical care) for noncitizen migrants recently released from DHS custody.  The data in this report derive from multiple sources, including: SSP Performance Progress Reports (PPR), recipient budgets, and CBP databases.  Information and updates related to the Emergency Food and Shelter Program (EFSP) and Emergency Food and Shelter Program-Humanitarian (EFSP-H) are provided via quarterly briefings to Congress pursuant to the FY 2023 DHS Appropriations Act (P.L. 117-328).



# Shelter and Services Program
# Quarterly Congressional Report

# Table of Contents

I.  Legislative Language ........................................................................................................1

II.  Background ....................................................................................................................2

III.  Program Waivers, Quarterly Metrics, and CBP Data ...................................................14

IV.  Discussion ..................................................................................................................36

V.  Conclusion ..................................................................................................................41

VI.  Appendix:  Abbreviations............................................................................................43

# I.  Legislative Language

This document was compiled pursuant to direction set forth in the Joint Explanatory Statements, accompanying both the Fiscal Year (FY) 2024 Department of Homeland Security (DHS) Appropriations Act, (P.L. 118-47) and the FY 2023 DHS Appropriations Act (P.L. 117-328).

The 2024 Joint Explanatory Statement states:

> FEMA is directed to continue the quarterly report on grant awards under the Emergency Food and Shelter, Emergency Food and Shelter-Humanitarian, and Shelter and Services Program (SSP) from fiscal year 2019 through fiscal year 2024 year-to-date as directed last year.  Each report shall include the information and data described in both the second paragraph under "Emergency Food and Shelter Program" in the House report, and the second paragraph under "Shelter and Services Program" under the heading "Federal Emergency Management Agency" in the Senate report.  In addition, each report shall include data, for each SSP recipient, on the amount and percentage of funds budgeted and reimbursed for onward destination transportation, service provider to service provider transportation, and hotel/motel services.  The quarterly report shall include any previously requested SSP performance measures, in addition to the data points above.

The 2023 Joint Explanatory Statement states:

> Within 90 days of the date of enactment of this Act and quarterly thereafter, FEMA shall brief the Committees on funding awarded since fiscal year 2019 through EFSP-H, to include details on the amounts awarded to each recipient and the lowest level of data available from recipients (to include invoices, as necessary), along with administrative costs incurred by FEMA or the Emergency Food and Shelter National Board.

> In addition, within 180 days of the date of enactment of this Act, CBP and FEMA shall provide a report to the Committees on the planned or actual date(s) of the notice(s) of funding opportunity (NOFO) for the SSP; planned and actual obligations and outlays; funding awarded to each governmental and non-governmental recipient; reimbursements to-date for fiscal year 2023 for both governmental and non-governmental organizations; a description of SSP program goals, policies, and program structure; an SSP award allocation methodology that depends to the greatest extent possible on available border data; and outcome performance measures and results related to achieving program goals.  The initial briefing shall include an analysis of challenges and impediments CBP and FEMA may have in providing data to the Committees related to sheltering requirements and a description of the strategies in place to overcome these issues.

# II.  Background

DHS efforts to manage and secure our borders in a safe, orderly, and humane way include support for communities as well as strengthened consequences for those without a legal basis to remain and an expansion of lawful pathways that have helped reduce the number of encounters from specific populations.  The U.S. Customs and Border Protection's (CBP) operational statistics report for August 2024 showed more than 50% decrease in encounters between ports of entry since a Presidential Proclamation issued June 4, 2024, by President Biden to temporarily suspend the entry of certain noncitizens across the southern border.  The Border Patrol's encounters in August were 68% lower than August 2023, keeping the Border Patrol on track to record the lowest number of annual apprehensions along the Southwest Border since fiscal year 2020, and lower than the monthly average for fiscal year 2019, the last comparable full fiscal year prior to the pandemic.

In response to the increase in migration across the Southwest Border, the DHS Appropriations Act, 2023 (P.L. 117-328) provided $800 million to CBP for a new grant program, SSP, and directed CBP to provide $800 million to the Federal Emergency Management Agency (FEMA) from the FY 2023 Operations and Support appropriation, to alleviate overcrowding in short-term CBP holding facilities and support non-federal entities with shelter and related activities for noncitizens released from DHS custody and awaiting their immigration court proceedings.  Through the SSP, DHS directly supports communities that are providing critical support such as food, shelter, clothing, acute medical care, and transportation to noncitizens recently released from DHS custody and awaiting their immigration court proceedings.  FEMA, in coordination with CBP, is administering SSP grants with state, local and tribal governments as well as nongovernmental organizations to help prevent the overcrowding of short-term CBP holding facilities.

After a portion of the $800 million was allocated to EFSP-H, SSP made a total of $363.8 million available to eligible applicants via two tranches.  The first tranche was announced on June 12, 2023, and was open for applications from June 12 through July 12, 2023.  The announcement included over $291 million being allocated to 33 recipients, as determined by DHS.  The second tranche of funding was announced on Aug. 21, 2023, and was open for applications from Aug. 21 through Sept. 11, 2023.  The announcement included $77,303,836 (as well as the $4,543,836 from tranche 1 that was not awarded) being allocated to 53 recipients, as determined by DHS. The tranche 2 methodology was informed by the FY 2023 funding amounts recipients received under EFSP-H, CBP noncitizen migrant release data, and CBP destination data.  This resulted in approximately $57 million in funding for entities along the Southwest Border and $10 million for all other entities.

To account for rapidly evolving trends and operational considerations, $10 million of the $77.3 million of the second tranche was reserved for allocation prior to the end of September 2023. Applicants from the first and second tranche were eligible to apply.  The reserve funding was allocated based on operational considerations including, but not limited to, an eligible applicant's

location at the Southwest Border (Arizona, California, New Mexico, and Texas); CBP data (migrant encounters, releases, and demographics by sector); and recent reports, trends, policies, and information on migrant flows and migration patterns from federal sources involved in day-to-day operations on the Southwest Border. These operational considerations had the following order of priority: 1) the applicant's location at the Southwest Border and CBP data on noncitizen migrant encounters, releases, and demographics; 2) recent reports, projection estimates, and trends from federal sources; and 3) policies and information on migrant flows and migration patterns from federal sources involved in day-to-day operations at the Southwest Border. On Sept. 27, 2023, the reserve funding was announced. The announcement included $12,219,525 (i.e., the $10 million reserve plus $2,219,525 from tranche 2 that was not previously awarded) being allocated to 35 recipients, as determined by DHS.

SSP is a jointly administered grant; this report reflects FEMA and CBP's collaborative program oversight. The assigned FEMA and CBP personnel performing federal oversight and/or administration activities for SSP are jointly referred to as the "SSP Administration Team" throughout the remainder of this report. In some cases, certain activities are performed exclusively by FEMA or CBP. When appropriate, this report clearly delineates these activities by identifying the designated agency.

## A. Performance Measures and Allowable Activities

**Strategic Context & Congressional Justification**
SSP funding helps non-federal entities provide shelter and other services to noncitizens released from DHS custody and awaiting their immigration court proceedings while minimizing impacts on local communities. Broadly, the program provides funding for a wide range of sheltering and related service activities to include food, transportation, acute medical care, and facility enhancements and improvements to eligible non-federal entities providing such services both at the southwestern border and interior locations. These activities assist in alleviating overcrowding of noncitizen migrants in short-term CBP holding facilities. FEMA and CBP held listening sessions with non-federal stakeholders and worked with an Executive Steering Committee (comprised of representatives from federal partners including CBP, ICE, FEMA, and several DHS Headquarters offices) to gather relevant data to inform the parameters of effective performance measures.

**Performance Measures**
The metrics utilized by SSP staff to measure performance progress are informed by SSP's objectives, which are to provide funding to non-federal entities that serve noncitizen migrants recently released from DHS custody to support CBP in the safe, orderly, and humane release of noncitizen migrants from short-term holding facilities. SSP recipients are required to report progress to FEMA on a quarterly basis through recipient-submitted performance reports (performance progress reports). SSP's performance measures include:

- Number of meals provided;

- Number of nights of lodging provided;
- Number of noncitizen migrants transported;
- Number of acute medical care items provided, by type;
- Number of personal hygiene supplies provided, by type; and
- Number of hours of labor paid to manage cases to provide these services.

The SSP Administration Team analyzes these metrics through a review of programmatic performance reports and award monitoring to ensure that SSP funds are expended for their intended purpose and achieve the outcomes stated in grant applications. Through these reviews of quarterly performance progress reports, the SSP Administration Team collects information about recipient partnerships, significant events that may delay services, and the impact of SSP funding on the recipient's capacity to support noncitizen migrants in the community.

**Allowable Activities Overview**
In 2023, DHS used an allocated funding model and prioritized funding for primary services. Recipients were required to provide at least one primary service to be eligible for SSP funds. These primary services are aligned to program objectives and key performance metrics (e.g., number of noncitizen migrants transported and number of nights provided). Services had to be provided to noncitizen migrants within 45 days of their release from DHS custody to be eligible for SSP funds.

All eligible SSP costs had to be incurred between Mar. 1, 2023 and Sept. 30, 2025. SSP recipients may not use more than 10 percent of their funding to pay for hotel/motel service and no more than an additional 10 percent of their awards for onward destination transportation unless the SSP Administration Team approved a waiver.

<u>Primary Services</u>
Allowable primary service categories include costs associated with providing shelter, transportation, food, medical care, personal hygiene products, and labor for providing primary services to noncitizen migrants within 45 days of their release from DHS.

The following lists include examples of allowable primary services:

**Shelter:**
- Per diem per noncitizen migrant sheltered in an overnight congregate facility; applicants can request full per diem on the first and last days of any multi-day stay (rate cannot exceed $12.50 per noncitizen migrant per day) **OR** rental costs of real property used for providing services covered under SSP.
- Hotel/motel service provided for 45 days per individual or family (hotel/motel service cannot exceed 10 percent of the total funding requested by the applicant). Hotel/motel room costs used to provide services should be reasonable based on the rate set by the U.S. General Services Administration (GSA) for the location plus necessary taxes and fees, or

to the extent the costs do not exceed charges normally allowed by the applicant in its regular operations.
- Cots and beds, including pillows.
- Temporary structures (e.g., tents).
- Linens (e.g., sheets, towels, wash cloths).
- Overnight shelter utilities (electricity, gas, water) (rate cannot exceed $10 per noncitizen migrant served per day).
- Non-overnight facility utilities (electricity, gas, water) (rate cannot exceed $5 per noncitizen migrant served per day).
- Maintenance and housekeeping (e.g., repair and cleaning supplies, shower maintenance).
- Contracted Services (e.g., security, laundry, trash pickup, cleaning services).

**Food:**
- Food items.
- Food banks (direct food/meal-supportive purchases for noncitizen migrants recently released by DHS).
- Food banks (indirect support of noncitizen migrants recently released by DHS by giving food/meal supportive items to other agencies that provide the direct services)
- Contracted meals (paying a contractor to pay for/provide meals) (rate cannot exceed $15 per meal).
- Storage containers to separate bulk food purchases.
- Utensils (e.g., plates, forks, knives).
- Cookware (e.g., pots, pans).
- Maintenance and housekeeping (e.g., repair and cleaning supplies).
- Contracted Services (e.g., security, trash pickup, cleaning services).

**Transportation:**
- Transportation is inclusive of the following:
  - Transportation from DHS released location to shelter and services provider location (including contracted services, vehicle rental, gas, insurance, drivers) incurred for services provided for families and individuals within 45 days of their release by DHS.
    - Eligible transportation expenses from DHS facility to shelter include charter bus, taxi, mileage, etc. (mileage rate cannot exceed current GSA federal rate).
    - Rental/lease of multi passenger vans used only for the purpose of transportation of noncitizen migrants from DHS facility to shelter and service provider location.
  - Onward destination transportation is defined as transportation from a shelter and services provider to a noncitizen migrant's final destination/point of contact (cannot exceed 10 percent of the total funding requested by the applicant).

- Long distance transportation including air, bus, or train expenses to move families and individuals within 45 days of their release by DHS to another city or State.
- Only coach class fares are eligible when providing long distance transportation.
- If tickets are purchased for individuals, airfare cannot exceed $700 per ticket.
  - Service provider to service provider transportation is defined as transportation from one shelter and services provider to another to decompress the population at a shelter. This travel must be coordinated between service locations prior to travel, and there needs to be documentation of the coordination (see below under the bullet on Interstate bus chartering for the exact list of documentation). Service provider to service provider transportation also includes transportation from service provider to a transportation hub (e.g., airport, bus station, train station, etc.).
- Transportation used must be the most cost-effective mode.
- Any form of contracted transportation services must meet the procurement standards in 2 C.F.R. Part 200.
- International transportation is not eligible.
- Charter bus and other forms of grouped transportation should operate at a minimum of 75 percent capacity.
- Rideshare expenses may be included to move families and individuals between recipients, even if not to their onward destination. If rideshares are purchased for individuals, total mileage cannot exceed 50 miles per ride.
- All fares must be coach class on a commercial airline or train; any form of "luxury" transportation is not eligible (e.g., business or first class, limousine services, etc.).
- Parking (e.g., local street, airport).
- Interstate bus chartering is defined as the contracting of transportation, typically a bus, travelling from one State to another State. While this resource has the potential to be used effectively, interstate bus chartering can present severe humanitarian challenges for families and individuals released by DHS if implemented improperly and may result in transport to other States with no information or support, severe medical challenges, or misinformation about available resources at their destination.
  - For interstate bus chartering to be considered an eligible expense, applicants must provide documentation of coordination, communication, and affirmative confirmation with a receiving jurisdiction or organization.
  - Coordination includes, but is not limited to, a minimum of 48-hour (distance permitting) notice before arrival.
  - An identified arrival time and location that is suitable for the receiving jurisdiction.
  - A certification that all passengers are noncitizen migrants who have been released by DHS within the preceding 45 days.
  - The identification of any critical unmet needs.

- The chartering of aircraft, watercraft, or other vehicle not specifically stated in this guidance is ineligible.
- If an individual within 45 days of their release by DHS presents themselves or is observed to have acute or severe medical issues, those must be addressed before engaging in long-distance travel or the associated charter will be considered ineligible.

**Acute Medical Care:**
- Basic first aid care and supplies (e.g., band-aids).
- Health screenings, including for mental health.
- Medical care for assessment and stabilization for onward travel, including ground-based ambulance transport.
- Testing and limited care related to quarantining and isolation.
- Over-The-Counter Medication (e.g., aspirin).
- Personal Protective Equipment for both shelter staff and noncitizen migrants
- Limited Durable Medical Equipment (DME).
  - Examples of DME include: bariatric cots, wheelchairs, wheelchair ramps, walkers, commodes, toilet seats, IV-Poles, canes, crutches, handheld shower, shower chair, transfer boards, gait belt, gravity feeding set, assistive listening devices, headset, magnifying glass, communication cards, adaptive eating devices, bedside commode, elevated toilet seat, 3-in-one commode, shower mat non-slip, digital infrared thermometer, seated (Bariatric) walker, comfort box, small refrigerator for medications.
- Prescription medication for managing acute or chronic care for up to 45 days per individual.
- Lab testing.

**Personal Hygiene Supplies:**
- Personal hygiene supplies (hygiene items, toiletries, feminine hygiene products, baby wipes, diapers, etc.).

**Labor:**
- Labor for primary services (inclusive of staff time not at the director/manager level or administrative).
  - Personnel necessary to manage cases to provide these services (coordinating initial transportation and onward destination movement).
  - Training for primary services (e.g., Commercial Driver's License-P training).
  - Staff time for primary services.

**<u>Secondary Services:</u>**
Allowable secondary services include costs associated with renovations or modifications to existing facilities, clothing, outreach, translation services, and labor for noncitizen migrants within 45 days of their release from DHS.

The following lists include examples of allowable secondary services:

**Renovations or Modifications to Existing Facilities:**
- Applications that include funding requests for renovations or modifications to existing facilities cannot exceed $250,000 for the entire budget.
- SSP funding may only be used for those parts of the facility that are directly associated with providing services to noncitizen migrants released from DHS custody.  Funding can be used for:
  - Improvements to expand capacity and services and to address safety concerns. Renovations and modifications to existing facilities cannot change the existing footprint of the facility.
  - Repairs to facilities to provide services (e.g., update bathroom/renovate kitchen) to make them safe and sanitary or compliant with local codes.
  - Planning costs to support the SSP renovations or modifications to existing facilities are allowable.  These planning activities include the following:
    - Develop plans, protocols, or procedures for the operation and use related to new capabilities as a result of the renovations or modifications to existing facilities.
    - Conduct physical security assessments.
    - Analyze design and implementation of protection system (e.g., fire protection and suppression, atmospheric filtration, explosives mitigation) for renovations or modifications to existing facilities.
  - Obtaining permits and completing inspections which are necessary for specified improvements.

**Clothing:**
- Shirts, pants, outerwear, underwear, bras, socks, shoes/shoelaces, backpacks, belts, etc.

**Outreach:**
- Communications development and distribution, contracts, printing services, legal services information, etc.

**Translation Services:**
- Contracts and external support for translation/interpretation.

**Labor for Secondary Services** (inclusive of staff time not at the director/manager level or administrative):
- Training for secondary services.
- Staff time for secondary services.

## B. Stakeholder Engagement

Stakeholder engagement metrics reflect strategic communication conducted by the SSP Administration Team with SSP stakeholders, including recipients, potential applicants, and Federal stakeholders such as Congress and other federal offices and agencies. The SSP Administration Team seeks to build a robust and knowledgeable recipient population through strategic outreach, effective communication, and engagement with internal and external stakeholders. The SSP Administration Team organizes stakeholder engagement reporting into specific categories according to audience, purpose, and need. These categories represent different communication methods, including recipient outreach, federal staff communication, and communication with legislators and other stakeholders.

**Recipient Engagement - Email Outreach**
SSP's inbox is available to recipients to communicate feedback and receive guidance throughout the SSP grant lifecycle. The SSP Administration Team frequently distributes helpful resources with supporting documentation and instructions about reporting requirements, applications, amendments, and payment request processes. FEMA also distributes a recipient digest to highlight key deadlines, reminders, and events targeting specific periods of the grant lifecycle in an effort to provide additional, accessible information on a monthly basis.

The SSP Administration Team distributes news bulletins, Monthly SSP Recipient Digests, and exchanges an average of 160+ recipient emails per month via the SSP program inbox.

**Recipient Engagement - Virtual Engagements**
The SSP Administration Team conducts three primary types of virtual engagements with SSP recipients, including:

- **SSP Listening Sessions:** program-wide engagements that utilize live webinar platforms to gather recipient feedback about SSP experiences and organizational needs to help inform future iterations of the program.
- **Technical Assistance Sessions:** either program-wide or individual recipient events that utilize a live webinar platform where federal representatives present key topics, provide guidance, and share upcoming SSP deadlines.
- **Office Hour Sessions:** program-wide opportunities for recipients to ask questions about the program to Federal representatives. Office hours are a question-and-answer forum to provide recipients immediate responses to any program inquiries.

Across the relevant time period, the SSP Administration Team hosted 11 Listening Sessions, 61 Technical Assistance Sessions, and 5 Office Hour Sessions. All above metrics are summarized in the table below.

**Table 1. Virtual SSP Engagements**

| Virtual Engagements (Oct. 1, 2023 – Dec. 31, 2023) | | |
|---|---|---|
| **Type of Engagement** | **Total Number of Sessions** | **Total Number of Attendees** |
| Listening Session | 11 | 2,290 |
| Technical Assistance Session | 61 | 387 |
| Office Hour Session | 5 | 120 |
| **Total** | 77 | 2,797 |

**Recipient Engagement - Point of Contact Communication: 50 per week on average (October – December 2023)**

The SSP Point of Contact (POC) builds relationships with recipients through regular emails, phone calls, and technical assistance outreach. These individuals are the first line of communication for the recipient at any given time via virtual meeting, phone, or email. The POC provides individual technical assistance meetings to answer any questions, walks recipients through areas of improvement, and provides guidance about next steps in the SSP grant lifecycle. The SSP Administration Team averages over 50 instances of distinct recipient contacts each week across phone calls, emails, and virtual meetings. Approximately 15 program analysts work with recipients daily.

**Other Stakeholder Engagement - External Email Inquiries: 19 emails received (October – December 2023)**

Public inquiries are screened by the SSP Administration Team. Most often, non-recipient inquiries relate to interest in applying for SSP funding and requesting to join the mailing list for future SSP announcements. The SSP Administration Team responds to each email by providing resources and guidance tailored to each question. If needed, the team directs the sender to other departments to address their needs.

**Other Stakeholder Engagement - Public Sector Engagement: 19 letters received (October – December 2023)**

The SSP Administration Team received incoming letters from Members of Congress, mayors, governors, and other officials and inquirers. Typically, letters include questions and feedback about SSP requirements, requests for potential future allocation models, or general questions about the SSP grant lifecycle.

The SSP Administration Team responds directly to questions and requests in the letters, and in many cases, sends responses to other departments for input on questions to which SSP cannot address. The SSP Administration Team strives to provide clarifying information and provide any additional helpful resources in letter responses, if possible.

Each letter goes through a detailed review process spanning different offices within FEMA and across DHS as necessary. Upon completion of the review, the completed response is sent to each signee of a letter.

**Formal inquiries: 16 inquiries received (October – December 2023)**
Inquiries arrive on a continual basis and require the SSP Administration Team to address questions about the program. Typical topics of discussion include SSP funding, program details, and program development for potential future iterations of SSP. Most SSP inquiries are submitted by Congressional committees and offices, DHS, and other Federal and State officials. Responses to inquiries sometimes present challenges depending on an inquirer's understanding of SSP and its requirements.

**Briefings: Three conducted (October – December 2023)**
Briefings occur on a case-by-case basis and require the SSP Administration Team to develop supporting documents for a FEMA, CBP, and/or DHS official to present to stakeholders. Supporting documents can include slide decks, talking points, executive summaries, and necessary recipient-specific information depending on the briefing topic. The SSP Administration Team works to ensure the briefing audience can easily understand the scope of SSP, including program successes and challenges, status, and supporting information for why specific decisions are made.

**Other Stakeholder Engagement - Media inquiries: Five received (October – December 2023)**
Media inquiries arrive on a rolling basis and require the SSP Administration Team to respond to questions posed by reporters from various media outlets, funneled through FEMA's External Affairs (EA) office. The questions span a variety of topics including SSP requirements, SSP history, and potential future iterations of SSP.

Additionally, the media inquiries often contain questions pertaining to other federal grant programs, such as EFSP-H. Many times, reporters do not fully understand the differences between SSP and EFSP-H or ask questions that actually relate to a different grant program. In the event the SSP Administration Team receives media inquiries with questions that do not pertain to SSP, the team directs these inquiries to the appropriate office or department.

All metrics above are summarized in the table below.

**Table 2. Quarter 1 SSP Stakeholder Engagements**

| Stakeholder Engagement (Oct. 1, 2023 – Dec. 31, 2023) | |
| --- | --- |
| **Type of Engagement** | **Occurrences** |
| Recipient engagement emails | 50/week (average) |
| External email inquiries | 19 |
| Public sector engagement letters | 19 |
| Formal inquiries | 16 |
| Briefings | 3 |
| Media inquiries | 5 |

# C. Key Data Approach

The performance data in this report was generated from recipient submissions of the quarterly PPR. The first set of PPRs were due to FEMA on Jan. 30, 2024, and reflected services provided in October 2023 through December 2023. The SSP Administration Team analyzed the data provided by recipients to aggregate how many noncitizen migrants were served during the reporting period and quantify the specific outputs of SSP funding. The team then created data visualizations which allowed stakeholders to identify trends and track progress. These analyses require multiple data points over time; once trends are available, the SSP Administration Team will analyze these trends to inform future decisions and priorities for SSP.

This report also includes broad calculations of budget data. Funds budgeted by category are a valuable data point because these measures indicate a recipient's anticipated spending priorities. SSP budget information is submitted via the program's application worksheet through FEMA Grants Outcomes (FEMA GO) by each recipient and reviewed by the SSP Administration Team. Recipients may only draw down their SSP funding when the relevant budget line items are supported by sufficient detail to establish that the proposed costs are allowable, reasonable, and allocable.

A portion of the requested CBP data was provided for the period of Oct. 1, 2023 - Dec. 31, 2023. Additional CBP data can be located at Stats and Summaries | U.S. Customs and Border Protection (cbp.gov). Publicly available CBP Operational data dashboards include:

- **Nationwide Encounters:** The Nationwide Encounters page provides U.S. Border Patrol (USBP) Title 8 apprehensions, the Office of Field Operations (OFO) Title 8 inadmissibles, and Title 42 expulsions. Data is available for the Northern Land Border, Southwest Land Border, and Nationwide (i.e., air, land, and sea modes of transportation) encounters.

- **Southwest Land Border Encounters:** The Southwest Land Border Encounters page provides data on USBP apprehensions, OFO inadmissible subjects, and Title 42 expulsions encountered along the Southwest Land Border of the United States.
- **Southwest Land Border Encounters (By Component):** The Southwest Land Border Encounters page provides data on USBP Title 8 apprehensions, OFO Title 8 inadmissible subjects, and Title 42 expulsions encountered along the Southwest Land Border, by USBP Sector and OFO field office.
- **Title 8 and Title 42 Statistics:** Encounter data includes USBP Title 8 apprehensions, OFO Title 8 inadmissibles, and Title 42 expulsions.
- **Custody and Transfer Statistics:** Custody and Transfer Metrics include data on in-custody information by location, dispositions for inadmissible/apprehended populations, and transfer destinations for populations leaving CBP custody.
- **Migrant Protection Protocols:** The Migrant Protection Protocol (MPP) page includes data displaying enrollment in the program, referrals to U.S. Citizenship and Immigration Services, and data from the Executive Office of Immigration Review related to the outcomes of MPP cases.

# III.  Program Waivers, Quarterly Metrics, and CBP Data

## A. Program Waivers

SSP recipients may request a waiver for noncitizen migrant release dates, onward transportation caps, and hotel/motel caps for the FY 2023 SSP.  Waiver requests must demonstrate that a recipient's adherence to caps for onward transportation and/or overnight sheltering in hotels will cause an economic or operational hardship.  Recipients must provide written justification with sufficient detail and a sound rationale for the waiver.

SSP recipients may not use (or plan to use) more than 10 percent of their funding to pay for hotel/motel service and may not use more than an additional 10 percent of their awards for onward destination transportation unless a waiver is approved by the SSP Administration Team.  Any SSP recipient may request a waiver at any time.  Recipients may not use any SSP funds for costs in excess of the 10 percent caps prior to approval of the waiver request.

Federal regulations at 2 C.F.R. § 200.308(j) require that federal awarding agencies adjudicate requests to modify budget items within 30 days of receipt.  Waivers related to funding caps fall into this requirement because funding cap changes have budgetary impacts.  This means that within 30 days of receiving a complete waiver request package, the SSP Administration Team must notify the recipient of its decision or notify the recipient when a decision is expected.

**Waiver Breakdown by Category**
10 out of 56 recipients requested a total of 12 waivers (2 recipients requested multiple types of waivers).  The following table shows a breakdown of all waivers by waiver type:

**Table 3.  Cumulative SSP Waiver Breakdown**

| Waiver Type | Quantity of Waivers Received |
|---|---|
| Noncitizen Migrant Release Date Waiver | 4 |
| Onward Transportation Cap Waiver | 4 |
| Shelter Cap Waiver | 4 |

**Waiver Breakdown by Recipient**
All but one waiver request was approved.  One recipient's request was denied due to insufficient justification of need for the waiver.  In all other instances, waivers were approved for onward transportation funding caps, hotel/motel funding caps, and the noncitizen migrant release date requirement.

**Table 4.  Noncitizen Migrant Release Date Waivers**

| Recipient Name | Date Waiver Request Received | Waiver Amount | Date of Approval / Disapproval |
|---|---|---|---|
| City of Chicago | Feb. 9, 2024 | N/A | Approved Feb. 20, 2024 |
| City of Philadelphia | Oct. 16, 2023 | N/A | Approved Nov. 20, 2023 |
| State of Colorado | Feb. 2, 2024 | N/A | Approved Feb. 9, 2024 |
| United Way San Antonio | Aug. 25, 2023 | N/A | Approved Sept. 6, 2023 |

**Table.  5 Transportation Waivers**

| Recipient Name | Date Waiver Request Received | Waiver Amount | Date of Approval / Disapproval |
|---|---|---|---|
| Catholic Charities Dallas | Jan. 19, 2024 | N/A | Resubmission pending |
| City/County of Denver | Oct. 27, 2023 | 21% | Approved Dec. 4, 2023 |
| City of San Antonio | Sept. 26, 2023 | 20% | Approved Nov. 17, 2023 |
| Reynolds House | Sept. 27, 2023 | 40% | Approved Dec. 4, 2023 |

**Table 6.  Hotel/Motel Waivers**

| Recipient Name | Date Waiver Request Received | Waiver Amount | Date of Approval / Disapproval |
|---|---|---|---|
| Catholic Charities Dallas | Jan.19, 2024 | N/A | Denial Letter Sent Feb. 20, 2024 |
| City/County of Denver | Oct. 27, 2023 | 21% | Approved Dec. 4, 2023 |
| New York City Office of Management and Budget | March 8, 2024 | 15% | Approved March 13, 2024 |
| Pima County | Jan. 19, 2024 | 30% | Approved Feb. 15, 2024 |

## B. Quarterly Metrics

**Quarterly Metrics: Program Performance Measures**

SSP performance data is represented at three levels throughout the program's visualizations: program-wide, State-wide, and at an individual recipient level.  SSP performance data is aggregated from recipient PPR submissions and may appear not immediately correlated with program expenditures.  Pursuant to federal grant standards, SSP recipients may amend their SSP budgets at any time during the period of performance (in this case, March 1, 2023 – Sept. 30, 2025).  Because federal funding often represents a limited portion of a recipient's total operating budget, SSP recipients often amend budgets multiple times per year.

All SSP budgets are subject to change at a recipient's discretion.  Based on budget changes, emerging needs, waiver approvals, or operational considerations, recipients may also amend their PPRs at any time.  For example, a recipient may intend to request reimbursement for hotel stays occurring in the month of December, but before requesting reimbursement, the recipient may decide to amend its budget to use 100 percent of its SSP award on food costs.  All SSP financial and performance data is considered final when 100 percent of the FY 2023 SSP awards are closed out (i.e., 100 percent expended).   Program-wide performance measures are provided over the next 14 pages.

Each recipient is required to submit a PPR 30 days after the reporting period end date.  The report must include quarterly performance metrics for the recipient and all subrecipients, if applicable.  Audiences should note that PPR data is not final; rather, much of this data are projections until funds are formally drawn down.  Recipients can request payment or submit for reimbursements (also known as "drawing down funds") at any time – sometimes months or even years after an activity occurs or a cost is expended.  PPRs request a recipient's projections or preliminary reporting on activity metrics that occurred during the reporting period (for example: Oct. 1 – Dec. 31, 2023).

**FY 2023 SSP Data Dashboards**
The seven data dashboards in the following section display rounded amounts. Exact quantities are included in the summary below each dashboard. In the dashboards below, "NCMs" stands for noncitizen migrants.

**Figure 1.  Quarter 1 Shelter Performance Measures**



Figure 1: Quarter 1 Shelter Performance Measures depicts the estimated costs and quantities for shelter-related activities and items during the reporting period.  For overnight stays, approximately 76 percent of noncitizen migrants were provided lodging in congregate lodging facilities.  Other shelter-related activities reported by the 14 recipients who reported shelter activities include hotel/motel lodging, overnight utilities, and non-overnight utilities.

***Shelter***
During the period of Oct. 1, 2023 – Dec. 31, 2023, 14 recipients reported actual or projected utilization of SSP funding for shelter activities.  These recipients reported the following performance measures:

- Seven recipients reported 480,892 nights of congregate lodging provided to 84,107 noncitizen migrants.
- Four recipients reported 13,472 nights of hotel lodging provided to 27,017 noncitizen migrants.
- Three recipients reported a total of 14 months* of overnight shelter utilities.
- Three recipients reported a total of 14 months* of non-overnight shelter utilities.

*Although the reporting period is only 3 months, the 14 total months of shelter utilities reported by recipients represents the aggregate total of 14 months of utility expenses across the prime recipient and subrecipients.

**Figure 2.  Quarter 1 Transportation Performance Measures**



Figure 2:  Quarter 1 Transportation Performance Measures depicts the estimated costs and quantities for transportation-related activities and items during the reporting period.  The most common transportation type provided to noncitizen migrants was from DHS release to shelter and services provider.  The most common transportation method for onward transportation to a noncitizen migrant's final destination was bus, followed by transportation via plane.

### *Transportation*
During the period of Oct. 1, 2023 – Dec. 31, 2023, eight recipients reported actual or projected utilization of SSP funding for transportation activities.  These recipients reported the following performance measures:

- Five recipients reported transporting 58,504 noncitizen migrants to their onward destinations using the following modes:
  - Bus:  48,666 noncitizen migrants
  - Plane:  9,495 noncitizen migrants
  - Train:  335 noncitizen migrants
- Two recipients reported transporting 99,468 noncitizen migrants from DHS release to service provider location.
- One recipient reported transporting 51,393 noncitizen migrants from one service provider to another service provider, all via owned or rented vehicle.

**Figure 3.  Quarter 1 Food Performance Measures**



Figure 3:  Quarter 1 Food Performance Measures depicts the estimated costs and quantities for food-related activities and items during the reporting period.  Approximately $1.5 million meals were provided to noncitizen migrants at a total federal cost of $10 million.  Seven of the 13 recipients who reported food performance measures reported contracted services costs, maintenance and housekeeping expenses, and utility expenses.

*Food*
During the period of Oct. 1, 2023 – Dec. 31, 2023, 13 recipients reported actual or projected utilization of SSP funding for food-related activities.  These recipients reported the following performance measures:

- 11 recipients reported a total of 476,944 meals and 995,611 contracted meals provided to noncitizen migrants.
- Seven recipients reported the following (across recipient/subrecipient facilities):
    - 12 months of contracted services (e.g., security, trash pickup, cleaning services)
    - Six months of maintenance and housekeeping costs for non-shelter facilities (e.g., food bank).

**Figure 4. Quarter 1 Medical Care Performance Measures**



Figure 4: Quarter 1 Acute Medical Care Performance Measures depicts the estimated costs and quantities for medical care activities and items during the reporting period. Approximately 58,000 noncitizen migrants received medical care services or items during the reported period, including approximately 42,800 noncitizen migrants who received health screenings during the reporting period.

*Acute Medical Care*

During the period of Oct. 1, 2023 – Dec. 31, 2023, six recipients reported actual or projected utilization of SSP funding to support acute medical care expenses (health screenings, basic first aid supplies, over-the-counter medication, etc.). These recipients reported the following performance measures:

- Six recipients reported the provision of acute medical care services to 57,754 noncitizen migrants.
- Three recipients reported 31 acute medical care items provided to noncitizen migrants.
- Three recipients reported a total of 42,800 health/mental health screenings.

**Figure 5.  Quarter 1 Personal Hygiene Performance Measures**





Figure 5: Quarter 1 Personal Hygiene Performance Measures depicts the estimated costs and quantities for hygiene-related activities and items during the reporting period.  During the reporting period, 858 personal hygiene items were provided to noncitizen migrants at a total estimated cost of $767.

***Personal Hygiene***

During the period of Oct. 1, 2023 – Dec. 31, 2023, two recipients reported actual or projected utilization of SSP funding to support personal hygiene expenses.  These recipients reported the following performance measures:

- Two recipients reported the provision of personal hygiene items to 22,103 noncitizen migrants.
- 261 body and skin hygiene items
- 144 hair and scalp hygiene items
- 100 menstrual hygiene items
- 74 infant and child hygiene items
- 279 other personal hygiene items

**Figure 6. Quarter 1 Labor Performance Measures**



Figure 6: Quarter 1 Primary Labor Performance Measures depicts the estimated costs and quantities for labor-related activities and items during the reporting period. Recipients reported approximately 106,000 hours of primary labor hours at an estimated total cost of $3,980,000.

*Primary Labor*

During the period of Oct. 1, 2023 – Dec.31, 2023, 11 recipients reported actual or projected utilization of SSP funding to support labor for primary services. These recipients reported the following performance measures:

- 11 recipients reported 106,111 labor hours to provide primary services to noncitizen migrants.
- Eight recipients reported a total of 101,079.28 hours staff time for primary services.
- Three recipients reported 5,032 personnel hours to manage cases to provide SSP-allowable services.

**Figure 7.  Quarter 1 Secondary Services Performance Measures**



Figure 7: Quarter 1 Secondary Services Performance Measures depicts the estimated costs and quantities for secondary services and items during the reporting period.  Four SSP recipients reported 526 labor hours supporting secondary services and approximately 29,000 clothing items provided to noncitizen migrants.

### Secondary Services

During the period of Oct. 1, 2023 – Dec. 31, 2023, four recipients reported actual or projected utilization of SSP funding to support service delivery staff.  These recipients reported the following performance measures:

- Four recipients reported a total of 28,674 clothing items provided to noncitizen migrants.
- One recipient reported 526 labor hours for secondary services.
- One recipient reported the completion of two construction/renovation projects.

**State-level & Individual Recipient Performance Measures**

The tables below represent data reported by SSP recipients for the Oct. 1 – Dec. 31, 2023 reporting period. Data reported by recipients may include both actual and projected quantities and costs. The performance measure language below is consistent with the language of the original performance measure sources (e.g., FY 2023 SSP NOFO and PPR templates).

Many recipients did not report performance data for the October – December 2023 reporting period. Recipients may not have performance data to report for a variety of reasons. In some cases, the recipient may not have data to report because they have not yet begun providing SSP-supported services or they did not have the necessary information to provide actual or estimated costs by the time the report was due. Some recipients previously shared that they are using EFSP-H funds before accessing their SSP funds, which explains why they do not have any SSP performance data to report for this quarter.

Additionally, this reporting period was early in the period of performance, and many recipients were focused on submitting amended budgets and required documentation to remove funding holds and begin drawing down funds. Some recipients may still be determining the best use of their SSP funds given their overall organizational budget, capacity, operational considerations, and current NCM needs, which may explain why they may not be providing SSP-supported services yet or do not yet have actual or estimated quantities and costs to report.

All recipients were required to submit a PPR with a complete cover sheet, even if they did not have any performance data to report. In the tables below, "No performance data reported in this quarter's PPR submission" indicates that the recipient submitted a PPR but did not report any costs or quantities on the Shelter, Transportation, Food, Acute Medical Care. Personal Hygiene, Labor for Primary Services, or Secondary Services tabs.

**Table 7. State-level & Individual Recipient Performance Measures**

| Arizona | |
|---|---|
| **Recipient** | **Performance Data** |
| Pima County Grants Management | No performance data reported in this quarter's PPR submission. |
| World Hunger Ecumenical Task Force, Inc. Maricopa | No performance data reported in this quarter's PPR submission. |
| World Hunger Ecumenical Task Force, Inc. Yuma | No performance data reported in this quarter's PPR submission. |

| California | |
|---|---|
| **Recipient** | **Performance Data** |
| Catholic Charities, Diocese of San Diego (Imperial County) | No performance data reported in this quarter's PPR submission. |

| Catholic Charities, Diocese of San Diego (San Diego County) | • Shelter<br>    ○ 31 nights of hotel/motel lodging |
|---|---|
| County of Riverside | No performance data reported in this quarter's PPR submission. |
| **State of California Total** | • Shelter<br>    ○ 31 nights of hotel/motel lodging |

| Colorado | |
|---|---|
| **Recipient** | **Performance Data** |
| City/County of Denver | • Food<br>    ○ 995,611 contracted meals<br>• Labor<br>    ○ 36,409 hours of staff time implementing primary services<br>• Shelter<br>    ○ 305 nights of hotel/motel lodging |
| Colorado Division of Homeland Security and Emergency Management | No performance data reported in this quarter's PPR submission. |
| **State of Colorado Totals** | • Food<br>    ○ 995,611 contracted meals<br>• Labor<br>    ○ 36,409 hours of staff time implementing primary services<br>• Shelter<br>    ○ 305 nights of hotel/motel lodging |

| District of Columbia | |
|---|---|
| **Recipient** | **Performance Data** |
| District of Columbia Department of Human Services | No performance data reported in this quarter's PPR submission. |

| Florida | |
|---|---|
| **Recipient** | **Performance Data** |
| United Way Miami | No performance data reported in this quarter's PPR submission. |

| Georgia | |
|---|---|
| **Recipient** | **Performance Data** |
| City of Atlanta | No performance data reported in this quarter's PPR submission. |

| Illinois | |
|---|---|
| **Recipient** | **Performance Data** |
| City of Chicago | No performance data reported in this quarter's PPR submission. |
| Illinois Department of Human Service | • Shelter<br>    o 447 255 nights of congregate lodging |
| **State of Illinois Total** | • Shelter<br>    o 447,255 nights of congregate lodging |

| Massachusetts | |
|---|---|
| **Recipient** | **Performance Data** |
| City of Boston | No performance data reported in this quarter's PPR submission. |

| Minnesota | |
|---|---|
| **Recipient** | **Performance Data** |
| Hennepin County | • Labor<br>    o 7,582.40 hours of staff time implementing services<br>• Shelter<br>    o 13,136 nights of hotel/motel lodging<br>    o Three months of contracted services<br>    o Three months of overnight shelter utilities |
| **State of Minnesota Total** | • Labor<br>    o 7,582.40 hours of staff time implementing services<br>• Shelter<br>    o 13,136 nights of hotel/motel lodging<br>    o Three months of contracted services<br>    o Three months of overnight shelter utilities |

| New Mexico | |
|---|---|
| **Recipient** | **Performance Data** |
| City of Albuquerque | • Food<br>   ○ 1,840 meals<br>   ○ Two utensils<br>• Personal Hygiene<br>   ○ One body and skin hygiene item<br>• Secondary Services<br>   ○ 980 clothing items<br>• Shelter<br>   ○ 661 nights of congregate lodging<br>   ○ 48 linens<br>   ○ Two months of maintenance and housekeeping expenses<br>   ○ Two months of non-overnight facility utilities<br>   ○ Two months of overnight shelter utilities<br>• Transportation<br>   ○ Three parking purchases |
| Colores United/Mariposa Ranch | No performance data reported in this quarter's PPR submission. |
| United Way of Southwest New Mexico | No performance data reported in this quarter's PPR submission. |
| **State of New Mexico Totals** | • Food<br>   ○ 1,840 meals<br>   ○ Two utensils<br>• Personal Hygiene<br>   ○ One body and skin hygiene item<br>• Secondary Services<br>   ○ 980 clothing items<br>• Shelter<br>   ○ 661 nights of congregate lodging provided<br>   ○ 48 linens<br>   ○ Two months of maintenance and housekeeping expenses<br>   ○ Two months of non-overnight facility utilities<br>   ○ Two months of overnight shelter utilities<br>• Transportation<br>   ○ Three parking purchases |

| New York | |
|---|---|
| **Recipient** | **Performance Data** |
| Jericho Road Community Health Center | No performance data reported in this quarter's PPR submission. |
| NYC Office of Management and Budget | No performance data reported in this quarter's PPR submission. |
| The Campaign Against Hunger | • Food<br>   ○ 30,009 food bank direct food/meal-supportive<br>   ○ 19,114 meals |
| **State of New York Total** | • Food<br>   ○ 30,009 food bank direct food/meal-supportive<br>   ○ 19,114 meals |

| Pennsylvania | |
|---|---|
| **Recipient** | **Performance Data** |
| City of Philadelphia | No performance data reported in this quarter's PPR submission. |

| Texas | |
|---|---|
| **Recipient** | **Performance Data** |
| Annunciation House, Incorporated | No performance data reported in this quarter's PPR submission. |
| Bishop Enrique San Pedro Ozanam Center | No performance data reported in this quarter's PPR submission. |
| Catholic Charities Archdiocese of San Antonio, Incorporated | No performance data reported in this quarter's PPR submission. |
| Catholic Charities Dallas | No performance data reported in this quarter's PPR submission. |
| Catholic Charities of the Archdiocese of Galveston-Houston | No performance data reported in this quarter's PPR submission. |
| Catholic Charities of the Diocese of Laredo | No performance data reported in this quarter's PPR submission. |
| Catholic Charities of the Rio Grande Valley | • Shelter<br>   ○ 26,796 nights of congregate lodging |
| Catholic Diocese of El Paso | • Food<br>   ○ 8,938 meals<br>   ○ 12 cookware items<br>   ○ Six months of contracted services expenses |

| Texas | |
|---|---|
| | <ul><li>○ 12,808 utensils</li><li>Labor<ul><li>○ 40 personnel hours to manage cases to provide SSP-allowable services</li><li>○ 40 hours of staff time implementing primary services</li></ul></li><li>Medical<ul><li>○ 21 over-the-counter medications</li></ul></li><li>Shelter<ul><li>○ 2,708 nights of congregate lodging</li><li>○ Six months of contracted services</li><li>○ Six months of maintenance and housekeeping expenses</li><li>○ Six months of overnight shelter utilities</li><li>○ Six months of non-overnight shelter utilities</li></ul></li></ul> |
| City of Brownsville | No performance data reported in this quarter's PPR submission. |
| City of El Paso Office of Emergency Management (OEM) | No performance data reported in this quarter's PPR submission. |
| City of Laredo | <ul><li>Food<ul><li>○ Three months of contracted services expenses</li><li>○ Three months of maintenance and housekeeping expenses</li></ul></li><li>Labor<ul><li>○ 2,496 personnel hours to manage cases to provide SSP-allowable services</li><li>○ 2,340 hours of staff time implementing primary services</li></ul></li><li>Medical Care<ul><li>○ 20,203 health screenings</li></ul></li><li>Shelter<ul><li>○ Three months of contracted services</li><li>○ Three months of maintenance and housekeeping expenses</li><li>○ Three months of non-overnight facility utilities</li></ul></li></ul> |
| City of McAllen | <ul><li>Labor<ul><li>○ 3,544.38 hours of staff time implementing primary services</li></ul></li><li>Shelter<ul><li>○ 750 linens</li><li>○ One month of contracted services</li><li>○ One month of maintenance and housekeeping expenses</li><li>○ Seven temporary structures</li></ul></li></ul> |

| Texas | |
|---|---|
| City of San Antonio | <ul><li>Food<ul><li>30 utensils</li></ul></li><li>Labor<ul><li>46,211 hours of staff time implementing primary services</li></ul></li><li>Secondary Services<ul><li>4,773 clothing items</li><li>526 other labor hours</li></ul></li><li>Shelter<ul><li>102 nights of congregate lodging</li><li>100 cots/beds</li><li>16 months of contracted services</li><li>Three months of maintenance and housekeeping expenses</li><li>Three months of overnight shelter utilities</li><li>Three temporary structures</li></ul></li></ul> |
| Corazon Ministries, Inc | <ul><li>Food<ul><li>69 meals</li></ul></li></ul> |
| El Paso Baptist Association | <ul><li>Food<ul><li>992 meals</li><li>40 utensils</li></ul></li><li>Labor<ul><li>328.50 hours of staff time implementing primary services</li></ul></li><li>Medical Care<ul><li>One over-the-counter medication</li></ul></li><li>Personal Hygiene<ul><li>260 body and skin hygiene items</li><li>144 hair and scalp hygiene items</li><li>74 infant and child hygiene items</li><li>100 menstrual hygiene items</li><li>279 other personal hygiene items</li></ul></li><li>Secondary Services<ul><li>285 clothing items</li></ul></li><li>Shelter<ul><li>269 nights of congregate lodging</li><li>24 linens</li><li>Three months of contracted services</li></ul></li></ul> |
| El Paso County | No performance data reported in this quarter's PPR submission. |
| El Pasoans Fighting Hunger Food Bank | No performance data reported in this quarter's PPR submission. |

| Texas | |
|---|---|
| Episcopal Diocese of the Rio Grande | <ul><li>Food<ul><li>545 meals</li><li>Six utensils</li></ul></li><li>Labor<ul><li>520 hours of staff time implementing primary services</li></ul></li><li>Medical Care<ul><li>9 over-the-counter medications</li></ul></li><li>Secondary Services<ul><li>33 clothing items</li></ul></li><li>Shelter<ul><li>134 total nights of congregate lodging</li><li>80 months of contracted services</li></ul></li></ul> |
| Episcopal Diocese of West Texas | No performance data reported in this quarter's PPR submission. |
| Good Neighbor Settlement House | No performance data reported in this quarter's PPR submission. |
| Holding Institute, Inc. | <ul><li>Food<ul><li>67,791 meals</li><li>Three months of contracted services</li><li>Three months of maintenance and housekeeping</li></ul></li><li>Labor<ul><li>2,496 personnel hours to manage cases to provide SSP-allowable services</li><li>2,340 hours of staff time implementing primary services</li></ul></li><li>Medical Care<ul><li>22,597 health screenings</li></ul></li><li>Secondary Services<ul><li>22,597 clothing items</li></ul></li><li>Shelter<ul><li>Three months of contracted services</li><li>Three months of maintenance and housekeeping expenses</li><li>Three months of non-overnight facility utilities</li></ul></li></ul> |
| Iglesia Bautista West Brownsville | No performance data reported in this quarter's PPR submission. |
| Interfaith Welcome Coalition | No performance data reported in this quarter's PPR submission. |
| La Posada Providencia | No performance data reported in this quarter's PPR submission. |
| Lawyers for Good Government Foundation | No performance data reported in this quarter's PPR submission. |

| Texas | |
|---|---|
| Mission: Border Hope | No performance data reported in this quarter's PPR submission. |
| Opportunity Center for The Homeless | No performance data reported in this quarter's PPR submission. |
| Reynolds House Non-Profit Corporation | No performance data reported in this quarter's PPR submission. |
| Salvation Army Corps Center | No performance data reported in this quarter's PPR submission. |
| San Antonio Food Bank | No performance data reported in this quarter's PPR submission. |
| St. Ignatius Church | <ul><li>Food<ul><li>6,415 meals served</li></ul></li><li>Labor<ul><li>1,716 hours of staff time implementing primary services</li></ul></li><li>Shelter<ul><li>2,967 nights of congregate lodging provided</li></ul></li></ul> |
| Team Brownsville | No performance data reported in this quarter's PPR submission. |
| The Salvation Army (El Paso, TX) | No performance data reported in this quarter's PPR submission. |
| United Way of San Antonio and Bexar County | <ul><li>Food<ul><li>156,918 food bank indirect support by giving food/meal items to other agencies that provide direct services to noncitizen migrants</li><li>371,240 meals</li></ul></li><li>Labor<ul><li>48 hours of staff time implementing primary services</li></ul></li></ul> |
| **State of Texas Totals** | <ul><li>Shelter<ul><li>32,976 nights of congregate lodging</li><li>Six months of non-overnight utilities</li><li>Three months of overnight utilities</li></ul></li><li>Food<ul><li>455,990 meals served</li><li>156,918 food bank indirect support by giving food/meal items to other agencies that provide direct services to noncitizen migrants</li><li>Six months of contracted services</li><li>Six months of maintenance and housekeeping expenses</li></ul></li><li>Medical Care<ul><li>42,800 health screenings</li><li>31 over-the-counter medications</li></ul></li><li>Personal Hygiene<ul><li>279 other personal hygiene items</li></ul></li></ul> |

| Texas |
|---|
|       ○ 260 body and skin hygiene items<br>      ○ 144 hair and scalp hygiene items<br>      ○ 100 menstrual hygiene items<br>      ○ 74 infant and child hygiene items<br>    • Labor<br>      ○ 54,811.80 hours implementing primary services<br>      ○ 4,992 personnel hours to manage cases to provided SSP-allowable services<br>    • Secondary Services<br>      ○ 27,655 clothing items<br>      ○ 526 other labor hours |

**Other Quarterly Metrics: Program Financials Overview**

SSP recipients must submit a quarterly financial report (SF-425) to report financial data related to the grant. As of Dec. 31, 2023, SSP does not have any drawdown information to report. The lack of drawdown activity may be attributed to several different programmatic factors; these considerations are detailed in the "Discussion" section (below). It is also noteworthy that SSP's grants management system only allows one action at a time. If a recipient is in the process of addressing any federally required budget updates, they cannot submit a drawdown request.

When submitted, drawdowns may occur in the form of advance payment requests or reimbursement request. Because of the lack of drawdown data, all financial data in this report is derived from recipient budgets. To access award funds, SSP recipients were required to submit a budget worksheet detailing where their funding will be spent. These budget details included providing the item/service description, the per unit price, number of noncitizen migrants served, the quantity used, the number of days/weeks/months the quantity lasted, and the total cost for each line item. The primary service categories of shelter, labor for primary services, and food are the top three budget categories where SSP funding was budgeted. Recipients are projecting to spend a combined total of $289,420,051 across those three budget categories alone.

**Table 8. FY 2023 SSP Funds Budgeted by Category**

| FY 2023 SSP Funds Budgeted by Category | | | | | | |
|---|---|---|---|---|---|---|
| Primary: Acute Medical Care | Primary: Transportation | Primary: Labor for Prim. Services | Primary: Food | Primary: Personal Hygiene Supplies | Primary: Shelter | Primary: Indirect |
| $19,734,493 | $26,913,500 | $97,107,960 | $62,012,470 | $3,057,733 | $130,299,621 | $ 1,404,775 |

| Secondary: Renovations / Modification | Secondary: Clothing | Secondary: Outreach Information | Secondary: Translation Services | Secondary: Labor for Secondary Services | Management and Administration | Total Funds Budgeted |
|---|---|---|---|---|---|---|
| $1,585,203 | $4,319,383 | $1,103,860 | $261,539 | $3,453,317 | $6,956,600 | $358,210,454 |

In some cases, recipients have not yet submitted detailed budget information for their full SSP award amounts. Based on the budgeted projections, recipients intended to spend the majority of their SSP funding across three primary service categories: congregate shelter, labor for primary services, and food. Budget information suggests a projected program spending of approximately 75 percent of FY 2023 SSP funds on these 3 activities.

## C. Customs and Border Protection Data

Per the Congressional data request, CBP submitted the following metrics for inclusion in this report. For an analysis of the data trends or summary of data limitations, please direct inquiries to CBP.

**Table 9. Quarter 1 CBP Release Data**

| Releases, Average Daily Subjects In Custody, and Average Time In Custody (TIC) in Hours for USBP | | | |
|---|---|---|---|
| Oct. 1, 2023 - Dec. 31, 2023 | | | |
| USBP Sector | Releases* | USBP Average Daily Subjects In Custody ** | Average Total TIC in Hours |
| Big Bend Sector | 1,811 | 39 | 63 |
| Del Rio Sector | 74,863 | 2,923 | 42 |
| El Centro Sector | 7,924 | 301 | 64 |
| El Paso Sector | 49,714 | 2,716 | 76 |
| Laredo Sector | 34,822 | 1,962 | 112 |
| Rio Grande Valley Sector | 39,940 | 3,217 | 89 |
| San Diego Sector | 75,459 | 2,313 | 54 |
| Tucson Sector | 133,276 | 3,486 | 39 |
| Yuma Sector | 30,188 | 1,186 | 69 |
| **Total** | **447,997** | **18,143** | **63*** |

*\* Releases are categorized as those that have been released from Border Patrol Custody and includes those with Notice to Appears- Own Recognizance or Paroles. This does not include anyone transferred to another agency.*
*\*\* Time in Custody is calculated as a snapshot in time data.*
*\*\*\* 63 hours average time in custody across all sectors.*

*Source: Release data as of Feb. 22, 2024, via the Unified Immigration Portal (UIP); dates are based on release date and not date of encounter.*

*Release Data via UIP based by Final Released Dates Includes Deportable Migrants Only; Daily Average in Custody and TIC include Deportable and Non-Deportable Migrants as of a.m. snapshot data.*

For an analysis and discussion of reported metrics and/or data collection methodologies, please defer to CBP.

# IV. Discussion

## A. Recipient Engagement Discussion

The following section discusses key points of program participant feedback. Over the past quarter, common themes reported by recipients across all outreach and engagement activities included application worksheet challenges, novel program requirements, a need for technical assistance, and administrative burden concerns. In some cases, mitigation measures were already in progress at the time the feedback was received. The full scope of FEMA's mitigation strategies is included in this report. Some mitigation strategies were implemented proactively, while others were implemented after receiving specific recipient feedback.

**Theme 1: Budget/Application Worksheet Challenges**

**Recipient Feedback:** During a listening session, recipients provided feedback about the application worksheet. Recipients reported experiencing challenges with the layout, colors, and format of the worksheet. Some of the colors were too similar, which made the worksheet difficult to read and follow. Recipients stated that the application worksheet was lengthy, requiring recipients to scroll which led to losing their place at times. Additionally, recipients expressed a desire for automation of cost calculations to limit manual input errors and reduce the amount of time spent doing calculations. Some recipients felt there was a lack of clarity about the level of detail required in the budget line items.

**Mitigation Strategy:** The SSP Administration Team hosted a follow-up listening session for all SSP recipients to obtain feedback on their experiences with the budget worksheet. Recipients provided the following suggestions:

- Change the color of the document to improve readability,
- Automate the column totals to decrease the burden on recipients, and
- Add a subrecipient section to the budget worksheet.

The SSP Administration Team addressed challenges with the application worksheet by significantly reducing the length of the worksheet and automating as many sections as possible to reduce recipient burden. The team also reorganized the layout of the worksheet to create a shorter, more user-friendly budget worksheet with more detailed instructions.

**Theme 2: Need for Programmatic Technical Assistance**

**Recipient Feedback:** When SSP was created to replace the EFSP-H, there was an overlapping transition period which led to some recipients having access to funds from both programs at the same time. This resulted in confusion and many questions about the differences between the two programs and the different programmatic requirements. Recipients and applicants sent many questions and concerns, demonstrating a need for both programmatic technical assistance and

clarity around program differences and appropriate points of contact. Recipients also needed support with the new FEMA GO platform and guidance about how to submit amendments, payments, and application worksheets.

**Mitigation Strategy:** To address the need for programmatic technical assistance, the SSP Administration Team held listening sessions for interested stakeholders and webinars to clarify program requirements and provide opportunities for applicants and recipients to share recommendations and ask questions. In September 2023, the SSP Administration Team began holding office hours to accompany the existing listening sessions. In addition to recipient engagement sessions that are open to all recipients, the team also hosted individual technical assistance sessions to discuss specific recipient needs and questions. During these technical assistance sessions, POCs provided assistance with amendments, waivers, payment requests, and other requirements. This tailored approach to technical assistance has been beneficial to a large number of SSP recipients and has allowed recipients to receive prompt responses to their questions and any unique challenges.

The SSP Administration Team also identified an opportunity to provide tailored technical assistance to a large number of SSP recipients who were first-time federal grant recipients and decided to implement recurring touchpoints with recipients. The team implemented a Recipient Email Digest that included reminders, helpful information, upcoming deadlines, contact information, and program requirements. FEMA created other recipient resources like the PPR User Guide to proactively support recipients in filling out required reports. The PPR User Guide includes examples, additional guidance, and definitions to support recipients in understanding the requirements and submitting accurate data.

**Theme 3: Lack of Grant Life Cycle Experience**

**Recipient Feedback:** In working with recipients during the grant life cycle, it became clear to the SSP Administration Team that some recipients did not have much, if any, experience with federal grants. Many of these recipients required significantly more support and had numerous questions about applications, eligible costs, budgets, reporting, and other program requirements. Even among recipients with federal grant experience, navigating SSP as a brand-new grant program came with some challenges. The varying levels of recipient grant life cycle experience revealed a need for a higher level of recipient support, given the complexity of federal grants in general and the unique requirements of SSP.

**Mitigation Strategy:** During FY 2023, the SSP Administration Team identified an opportunity to better connect with SSP recipients. During the tranche two NOFO rollout in July 2023, each SSP recipient was assigned a dedicated SSP POC to personally assist them throughout the application process and each phase of the grant life cycle. The addition of designated POCs has been key to supporting recipients with various program requirements. Many recipients have stated how much they appreciate having an individual they can go to for any questions, comments, or concerns related to their grant award. The words "exceptional support, helpful, clear, and informative" have been used by recipients to describe POCs on many occasions.

The SSP Administration Team continues to support recipient knowledge gaps through the sharing of key resources, including the Grants Management Technical Assistance online courses. These courses are free for participants and provide an overview of Grants 101. Furthermore, the SSP Administration Team communicates learning opportunities to recipients at a monthly cadence, including details of webinars or courses hosted by the Emergency Management Institute and trainings conducted by FEMA's procurement division.

**Theme 4: Administrative Burden and Novel Program Requirements**
**Recipient Feedback:** SSP is a new program implementing novel reporting requirements to collect Congressionally requested data. As a new program created to support communities that serve noncitizen migrants, SSP requires some information that other grants do not (e.g., A-Numbers and DHS release dates). Some SSP recipients have a small staff and experience challenges in managing grant requirements. Data collection, recordkeeping, budgeting, and coordination with the SSP Administration Team constitute an administrative burden for some recipients (several recipient organizations have 100 percent volunteer staffed and/or limited staff). Tracking this information in a dynamic, complex situation can be difficult, and some recipients reported struggles with balancing the administrative aspects of the grant with the work they're doing on the ground to support noncitizen migrants. Given these factors, the SSP Administration Team endeavored to reduce the administrative burden for recipients, while ensuring the collection of necessary data.

**Mitigation Strategy:** The SSP Administration Team provides regular reminders that recipients may utilize up to 5 percent of their SSP award to assist with management of their grant. To address feedback about administrative burden and program requirements, the SSP Administration Team waived the initial FY 2023 performance reporting deadline (originally Oct. 30, 2023), and no longer requires SSP recipients to upload subrecipients' Internal Revenue Service Return of Organization Exempt from Income Tax Form 990 to FEMA GO. The SSP Administration Team also allow recipients to amend their budgets at any time during the period of performance. The SSP Administration Team upheld its commitment to implementing stakeholder feedback by implementing an acceptable margin of error for A-Numbers submissions which provides flexibility for recipients and accounts for human error.

In response to stakeholder feedback, the SSP Administration Team raised the hotel/motel and onward destination (including airfare) funding caps from 5 percent to 10 percent in August of 2023. Any SSP recipient may also request to waive the 10 percent hotel/motel and onward destination funding caps. Additionally, the SSP Administration Team established a policy to consider (on a case-by-case basis) all written recipient requests to waive the required collection of noncitizen migrant A-Number release dates for short term durations. One of the most significant changes implemented to reduce recipient burden is the revised application worksheet, which significantly reduces the administrative burden of budget submissions. Furthermore, the team regularly reminds recipients of the option to request advance payments, particularly for those recipients that do not have cash on hand.

## B. Financial and Programmatic Data Discussion

As of Dec. 31, 2023, no financial drawdown information is available.  This follows the typical pattern for new (non-disaster) federal grants and is expected due to the novelty of the program.  SSP performance measure reporting indicates that recipients are currently in the process of implementing SSP-funded activities but have not yet requested reimbursement for the costs incurred (evidenced by the program's delayed drawdown reporting).  SSP recipients may draw down funds at any point in the period of performance.  The final step of requesting reimbursement for allowable costs must occur after the recipient's expense is incurred or payments are executed.  SSP's current drawdown rate is typical for a new (non-disaster) federal grant program.  According to USASpending.gov, new grant programs throughout the federal government typically report 66–75 percent of program funding expended in the second half of the award period of performance.

There are several reasons why recipients may encounter delays in submitting reimbursement requests to SSP, though none of these reasons suggest that fiscal support is not needed or that SSP funds are not utilized.  Factors influencing SSP's current drawdown rate include:

**Period of performance considerations and absence of firm drawdown timing requirements:**
When orienting recipients to the federal award, DHS emphasizes to recipients that SSP awards have a 31-month period of performance.  SSP (like most federal grants) does not impose drawdown timelines on recipients (i.e., reimbursement must be requested within a limited time period after an expense is incurred), nor does SSP require recipients to request drawdowns on a set schedule.  Recipients can draw down their funds at any time and in any amount.

**Minimal planning time during the application window and novel program requirements compounded by high recipient burden:**  SSP is a new program with unprecedented recipient reporting requirements (e.g., collection and compilation of migrant A-numbers); furthermore, SSP awarded funds on an expedited timeline, which precluded recipients from utilizing the standard grant application timeframe to create detailed budgets or project spending plans.  Broadly, federal grant programs require significant supporting documentation for each expenditure.  Because of the low dollar amount of allowable SSP expenses, recipients must invest significant effort to create and collect the appropriate documentation to draw down funds.

**"First-time scenarios" requiring development of program guidance:**  As is the case for any new federal grant program, all recipient questions and scenarios posed to the program have no precedent.  To ensure sound and defensible administration of federal financial assistance, FEMA follows a structured process to identify appropriate guidance for all recipient questions beyond the scope of initial program considerations.

**Remaining EFSP-H funding impacts:**  Many recipients have stated that their organizations will only begin drawing down SSP funding after all EFSP-H awards are expended and closed out.

Because many organizations have limited organizational capacity, recipients must prioritize administration resources on spending federal funds with earlier period of performance end dates.

**Lack of recipient federal grant understanding**: One significant challenge to SSP is the lack of recipient grant knowledge due to the program's distinctive recipient population. Nearly half of the program's FY 2023 awards were directed to Nongovernmental Organizations (NGOs); many of these NGOs did not have extensive federal grant experience. SSP provides regular technical assistance at an individual and program-wide level. To avoid the cost disallowance, some governments experienced after implementing the Coronavirus Aid, Relief, and Economic Security Act funded programs, some State and local governments are delaying spending funds to ensure compliance.

**Recipient administration capacity:** A lack of staff capacity for grant recipients can adversely affect the ability to successfully manage, implement, and report on a federal grant. Recipients have reported concerns that some organizations do not have the staff capacity or capabilities to quickly manage the significant undertaking: creating a detailed SSP budget, collecting A-Numbers, managing subawards, compiling support documentation, and making sure each report is completed in accordance with program requirements.

**Standup time required to establish contracts, subrecipient management requirements, audit-proof internal controls, and adequate oversight:** The Government Accountability Office's work has shown that when managing federal grants, effective oversight and internal controls are critical to provide reasonable assurance that federal grant funds are used as intended and in accordance with applicable laws and regulations. To establish the appropriate policies and processes, time and planning are necessary. Furthermore, with many SSP recipients acting as "pass-through" entities (i.e., passing federal funds to subrecipients), stakeholders should expect a delay in reimbursement requests due to the administrative requirements of administering subawards.

# V.  Conclusion

Since initial SSP awards were made in September 2023, the SSP Administration Team has conducted numerous technical assistance sessions with recipients to support the release of funds and submission of payment requests.  However, SSP remains in the early stages of program maturity and grant implementation.  Based on the program's current programmatic and financial metrics, external audiences can conclude that recipients are implementing SSP-funded activities but had not requested federal reimbursement for their expenses as of Jan. 1, 2024.  The SSP Administration Team expects that its future reports will include a broader scope of financial data and deeper analysis of spending progression across multiple quarters.  Once spending data is available, SSP will share its detailed financial analysis.  The financial analysis may include the following fields, among others:

- Recipient/program spending totals and spending rate,
- State by state spending comparisons,
- Border versus interior spending comparisons, and
- Spending ratios of primary services to secondary services.

A final summary of SSP's budgeted funds for each allowable activity is provided below.

**Figure 8.  FY 23 Budgeted SSP Funds (By Category)**



Figure 8: FY 2023 Budgeted SSP Funds (By Category) portrays that as of the writing of this report, the five largest categories of SSP allowable activities are shelter, labor for primary services, food, transportation, and acute medical care.

In future reports, the SSP Administration Team will provide comparisons of spending totals against total funds budgeted.  The SSP Administration Team remains committed to supporting recipients, ensuring federal funds are spent in accordance with federal regulations, and reporting to Congress on a quarterly basis.

# VI. Appendix: Abbreviations

| | |
|---|---|
| CBP | Customs and Border Protection |
| DHS | Department of Homeland Security |
| EFSP | Emergency Food and Shelter Program |
| EFSP-H | Emergency Food and Shelter Program – Humanitarian |
| FEMA | Federal Emergency Management Agency |
| FEMA GO | FEMA Grants Outcomes |
| FY | Fiscal Year |
| GSA | General Services Administration |
| NGO | Nongovernmental Organization |
| NOFO | Notice of Funding Opportunity |
| OFO | Office of Field Operations |
| POC | Point of Contact |
| PPR | Performance Progress Report |
| SSP | Shelter and Services Program |
| TIC | Time in Custody |
| UIP | Unified Immigration Portal |
| USBP | United States Border Patrol |