UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

City Of Chicago, et al.

                       Plaintiff,

v.                                                 Case No.: 1:25−cv−05463
                                                    Honorable Matthew F. Kennelly

Department of Homeland Security, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 22, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 9/22/2025. Oral argument heard on the plaintiff's motion for preliminary injunction [27]. Motion is taken under advisement. The parties are directed to file a joint status report by 9/30/2025 advising the Court if they have any objection to consolidating the trial on the merits with this hearing under Rule 65 A−2. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.