# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago;<br>City and County of Denver; and<br>Pima County;<br><br>     *Plaintiffs,*<br> vs.<br><br>United States Department of Homeland Security;<br>Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security;<br>United States Federal Emergency Management Agency;<br>David Robinson, in his official capacity as Acting Administrator of the Federal Emergency Management Agency;<br>     *Defendants.* | Case No. 25-cv-5463<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT

Pursuant to the Court's minute order dated September 23, 2025, the parties submit this joint status report.

  1. Plaintiffs filed a motion for preliminary injunction in June 2025, and the Court held argument on that motion on September 23, 2025.

  2. At argument, the Court proposed advancement of the trial on the merits and consolidation with the preliminary injunction hearing pursuant to Fed. R. Civ. P. 65(a)(2) and requested the parties file this status report setting forth their positions. The Court also asked the parties to consider what, if any, discovery would be necessary before resolution on the merits.

  3. Plaintiffs do not believe additional discovery is necessary to resolve this case on the merits and have no objection to consolidation.

4. Defendants also do not believe additional discovery is necessary to resolve this case on the merits but do not agree to consolidation under Rule 65(a)(2).

Dated: September 30, 2025

Respectfully submitted,

| | | |
|---|---|---|
| Mary B. Richardson-Lowry<br>Corporation Counsel of the City of Chicago<br><br>By: */s/ Lucy Prather*<br>Lucy Prather (IL Bar N. 6337780)<br>Stephen Kane (IL Bar N. 6272490)<br>121 North LaSalle Street, Room 600<br>Chicago, Illinois 60602<br>Tel: 312-744-4294<br>lucy.prather@cityofchicago.org<br>Stephen.kane@cityofchicago.org<br>*Attorneys for Plaintiff City of Chicago* | Michiko (Miko) Ando Brown, City Attorney, City and County of Denver<br><br>By: */s/ Katie McLoughlin*<br>Katie McLoughlin (CO Bar No. 51980)<br>Matthew J. Mulbarger (CO Bar No. 51918)<br>Denver City Attorney's Office<br>201 W Colfax Avenue<br>Denver, CO 80202<br>Tel: 720-913-8050<br>katie.mcloughlin@denvergov.org<br>matthew.mulbarger@denvergov.org<br>*Attorneys for Plaintiff City and County of Denver* | Laura Conover<br>Pima County Attorney<br><br>By: */s/ Bobby Yu*<br>Samuel E. Brown (AZ Bar No. 027474)<br>Bobby Yu (AZ Bar No. 031237)<br>Kyle Johnson (AZ Bar No. 032908)<br>Pima County Attorney's Office, Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, Arizona 85701<br>Tel: (520) 724-5700<br>sam.brown@pcao.pima.gov<br>bobby.yu@pcao.pima.gov<br>kyle.johnson@pcao.pima.gov<br>*Attorneys for Plaintiff Pima County* |

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
(312) 353-5312
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov