UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| City of Chicago;<br><br>City and County of Denver; and<br><br>Pima County;<br><br>    *Plaintiffs,*<br> vs.<br><br>United States Department of Homeland Security;<br><br>Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security;<br><br>United States Federal Emergency Management Agency;<br><br>David Robinson, in his official capacity as Acting Administrator of the Federal Emergency Management Agency;<br><br>    *Defendants*. | Case No. 25-cv-5463<br><br>Hon. Matthew F. Kennelly |

## ORDER GRANTING PRELIMINARY INJUNCTION

This matter comes before the Court on the motion for a preliminary injunction filed by Plaintiffs City of Chicago, City and County of Denver, and Pima County. For the reasons stated in the Court's Memorandum Opinion and Order, Dkt. No. 58, it is hereby:

**ORDERED** that the motion for a preliminary injunction is **GRANTED IN PART**, and it is further

**ORDERED** that Defendants, their officers, agents, servants, employees, and attorneys are enjoined from:

(a) eliminating or terminating the Shelter and Services Program as created in the 2023 and

1

2024 Congressional appropriations; and

(b) withholding FY2023 and FY2024 Shelter and Services Program funding for the reasons identified in the March 11 and April 1 Letters; and

**ORDERED** that Defendants provide a copy of this Order to all relevant parties.

This Order shall apply to the maximum extent provided for by Fed. R. Civ. P. 65(d)(2) and shall persist until further order of this Court.

Date: November 3, 2025

_____
MATTHEW F. KENNELLY
United States District Judge