# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago;<br>City and County of Denver; and<br>Pima County;<br><br>               *Plaintiffs,*<br>  vs.<br><br>United States Department of Homeland Security;<br>Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security;<br>United States Federal Emergency Management Agency;<br>David Robinson, in his official capacity as Acting Administrator of the Federal Emergency Management Agency;<br>               *Defendants.* | Case No. 25-cv-5463<br><br>Hon. Matthew F. Kennelly |

## JOINT STATUS REPORT

Pursuant to the Court's orders dated October 31, 2025, and November 8, 2025, the parties submit this joint status report.

1. The Court granted in part the Plaintiffs' Motion for Preliminary Injunction on October 31, 2025.

2. Defendants filed a Motion to Clarify the Scope of the Preliminary Injunction on November 4, 2025, which the Court has taken under advisement.

3. Plaintiffs have expressed interest to Defendants in exploring whether a settlement is possible. If settlement is not possible, Plaintiffs may need to seek additional relief in the form of a motion to enforce the preliminary injunction by compelling a timely response to Plaintiffs' reimbursement requests within 30 days of submission, pursuant to 2 C.F.R. § 200.305(b)(3).

4. The Parties are still discussing next steps in this case and request an additional two weeks, until November 24, 2025, to agree on what is necessary to reach final judgment or, alternatively, to submit competing proposals to the Court.

Dated: November 10, 2025

Respectfully submitted,

| | | |
|---|---|---|
| Mary B. Richardson-Lowry<br>Corporation Counsel of the City of Chicago<br><br>By: /s/ *Lucy Prather*<br>Lucy Prather (IL Bar N. 6337780)<br>Stephen Kane (IL Bar N. 6272490)<br>121 North LaSalle Street, Room 600<br>Chicago, Illinois 60602<br>Tel: 312-744-4294<br>lucy.prather@cityofchicago.org<br>Stephen.kane@cityofchicago.org<br>*Attorneys for Plaintiff City of Chicago* | Michiko (Miko) Ando Brown,<br>City Attorney, City and County of Denver<br><br>By: /s/ *Katie McLoughlin*<br>Katie McLoughlin (CO Bar No. 51980)<br>Matthew J. Mulbarger (CO Bar No. 51918)<br>Denver City Attorney's Office<br>201 W Colfax Avenue<br>Denver, CO 80202<br>Tel: 720-913-8050<br>katie.mcloughlin@denvergov.org<br>matthew.mulbarger@denvergov.org<br>*Attorneys for Plaintiff City and County of Denver* | Laura Conover<br>Pima County Attorney<br><br>By: /s/ *Bobby Yu*<br>Samuel E. Brown (AZ Bar No. 027474)<br>Bobby Yu (AZ Bar No. 031237)<br>Kyle Johnson (AZ Bar No. 032908)<br>Pima County Attorney's Office, Civil Division<br>32 N. Stone, Suite 2100<br>Tucson, Arizona 85701<br>Tel: (520) 724-5700<br>sam.brown@pcao.pima.gov<br>bobby.yu@pcao.pima.gov<br>kyle.johnson@pcao.pima.gov<br>*Attorneys for Plaintiff Pima County* |

ANDREW S. BOUTROS
United States Attorney

By: s/ Patrick Johnson
THOMAS P. WALSH
PATRICK JOHNSON
Assistant United States Attorneys
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5327
(312) 353-5312
thomas.walsh2@usdoj.gov
patrick.johnson2@usdoj.gov