UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago, City and County of Denver Ans Pima County, <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and Karen Evans, in her official capacity as Acting Administrator of the United States Federal Emergency Management Agency, <br><br> Defendants. | Case No.: 1:25-cv-05463 |

## DECLARATION OF NICOLE DOHENY

I, Nicole Doheny, declare as follows:

1. I am a resident of the City and County of Denver ("Denver") in the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Chief Financial Officer for the Denver. Denver is the capital city of Colorado and the state's largest city with a population of 715,522 according to 2020 census data. I have held this position since October of 2023. Before my appointment as Chief Financial Officer, I held various senior positions at Ernst & Young Infrastructure Advisors, LLC, including Senior Managing Director, Senior Vice President, and Vice President. I also served as an Assistant

1

Vice President in Public Infrastructure Finance at Barclays Capital. In my role as Chief Financial Officer for the City and County of Denver I oversee the City and County of Denver's finances and financial operations, including Assessment, Treasury, Risk Management, Controller, Cash, Debt, Budget, Capital Planning, and Real Estate.

3. As Chief Financial Officer, I manage the office that is responsible for developing, implementing, and managing Denver's annual budget and financial planning process. I serve as a liaison and subject matter expert on the responsible and transparent use of public funds and all related policy matters. I have built and currently manage an executive team of one Deputy Chief Financial Officer and seven division directors. I also manage the City's overall budget, which for 2026 includes approximately $5.4 billion in budgeted spending, of which $1.6 billion is general fund. One of the duties of my office is the administration of various federal grants, including the Shelter and Services Program, by preparing and submitting the financial reports, budgets, and narrative forms required by the program.

4. On or about January 23, 2025, Denver submitted a draw request for $1,039,200.69, the full amount remaining under the 2023 SSP Grant. The request attached reimbursement level documentation including an A-number worksheet, summary spreadsheets, invoices and proof of payment for costs incurred for labor, food, shelter, and transportation.

5. On February 5, 2025, Denver submitted a draw request for $10,458,865.65 for the SSP-A. The request attached documentation including an A-number worksheet, summary spreadsheets, invoices and proof of payment for costs incurred for food and shelter under the recently approved budget. The draw request did not request reimbursement costs for management or administrative costs.

6. On or about April 9, 2025, a Denver employee under my supervision submitted final payment requests for Denver's SSP-A and SSP-C grant awards. Denver submitted these reimbursements and documentation via email in lieu of FEMA Go as requested by FEMA's April 1 Letter. Denver's April 9, 2025 email attached a letter explaining that Denver had fully complied with the terms and conditions of the grants, that it had previously submitted detailed information with the draw down requests on the 2023 SSP Grant and the 2024 SSP-A grant, although that information had now been deleted from the portal. The email also attached two cover letters with final payment requests for the 2024 SSP-A grant and the 2024 SSP-C grant.

a. For FY 2024 SSP-A, the employee sent, among other documents, a FY 2024 SSP-A Reimbursement Request that requested $232,479 in previously unsubmitted reimbursements for "Management and Administrative" costs for the SSP-A grant. A link contained closeout documentation as requested by FEMA's April 1, 2024 letter.

b. For FY 2024 SSP-C, the employee sent, among other documents, an FY 2024 SSP-C Final Payment Request that requested $12,670,592 in reimbursement. A link contained closeout documentation as requested by FEMA's April 1, 2024 letter.

7. As per instructions from FEMA, an employee under my supervision sent the closeout documentation via email to fema-ssp@fema.dhs.gov.

8. On or about July 30, 2025, an employee under my supervision submitted an email attaching the "close out documents" requested by FEMA for each of Denver's three direct SSP grant awards. As per instructions from FEMA, the closeout documentation was sent via email to fema-ssp@fema.dhs.gov.

9.     To date, the Denver has not received a response from DHS or FEMA on any of its pending SSP reimbursement requests submitted in January 2025, February 2025, and April 2025. Neither has Denver received a response to the documents submitted as part of the July 2025 closeout process.

10.     On December 12, 2025, an employee under my supervision logged onto FEMA Go, the online portal for grant recipients.. The SSP grant was not listed as one of the grants for my office, as it had been previously. This makes it impossible for the City to submit reimbursement requests through FEMA Go.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on December 18, 2025 at Denver, Colorado.

_____

Nicole Doheny