UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

<table>
<tr><td>City of Chicago, City and County of Denver and Pima County,<br><br>        Plaintiffs,<br><br>     v.<br><br>United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and Karen Evans, in her official capacity as Acting Administrator of the United States Federal Emergency Management Agency,<br><br>        Defendants.</td><td>Case No.: 1:25-cv-05463</td></tr>
</table>

## DECLARATION OF JOSÉ PONCE MARTINEZ

I, José Ponce Martinez, declare as follows:

1. I am a resident of the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Director of Grants Administration of the State of Illinois Department of Human Services ("IDHS"). I have held this position since September 16, 2021. Before my hiring as Director of Grants Administration, I served as Budget Officer for the State of Illinois Department of Commerce and Economic Opportunity.

3. As Director of Grants Administration, I manage the office responsible for implementing and managing IDHS's annual acquisition and management of funds, and its budget

1

and financial planning processes. These duties include the administration of various federal grants including the Shelter and Services Program awards for FY 2023 SSP-C and FY 2024 SSP-A, both of which are passed through to the City of Chicago ("Pass-Through SSP Grants").

4.      In July 2025, I submitted the "close out documents" requested by FEMA for the pass-through SSP grants. IDHS took this action under protest because none of the grant awards had reached the end of their periods of performance, but submitted the documents in a good faith attempt to resolve the pending costs.

5.      As per instructions from FEMA, I sent the closeout documentation via email to fema-ssp@fema.dhs.gov.

6.      IDHS received two pass-through SSP grants. I sent a separate email for each grant award with all of the closeout documents attached as a zip file.

  a.      For FY 2023 SSP-C, I sent, among other documents, an FY 2023 SSP-C Reimbursement Summary that requested $17,605,616.50 in reimbursement. Included with this request were all the documents IDHS had previously submitted in January 2025 as part of the reimbursement request for $15,054,116.50.

  b.      For FY 2024 SSP-A, I sent, among other documents, a FY 2024 SSP-A Reimbursement Request Summary that requested $9,682,299.15 in reimbursement. No previous reimbursement request had been submitted for this award. Documents substantiating the requested costs were included in the submission.

7.      To date, IDHS has not received a response from DHS or FEMA on any of its pending SSP reimbursement requests – neither the request submitted in January 2025, nor the requests submitted as part of the July 2025 closeout process.

2

8.      On December 10, 2025, I logged onto FEMA Go, the online portal for grant recipients to submit reimbursement requests as well as related information and documentation. The SSP grant was not listed as one of the grants for IDHS, as it had been previously. This makes it impossible for IDHS to submit reimbursement requests through FEMA Go.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2025 in Chicago, Illinois

José Ponce Martinez