**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| City of Chicago, City and County of Denver Ans Pima County,<br><br>    Plaintiffs,<br><br>    v.<br><br>United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and Karen Evans, in her official capacity as Acting Administrator of the United States Federal Emergency Management Agency,<br><br>    Defendants. | Case No.: 1:25-cv-05463 |

**DECLARATION OF ANNETTE GUZMAN**

I, Annette Guzman, declare as follows:

1.    I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.    I currently serve as Budget Director of Chicago's Office of Budget and Management ("OBM"). I have held this position since May of 2023. Before my appointment as Budget Director, I served as the Budget Director for Cook County, Illinois, the second largest county in the country, where, among other activities, I was responsible for the management of over

1

$1.7 billion in COVID-19 funding, approximately $200 million of which was FEMA Public Assistance.

3. As Budget Director, I manage the office that is responsible for developing, implementing, and managing the City's annual budget and financial planning process. One of the duties of the office is the administration of various federal grants, including the Shelter and Services Program, by preparing and submitting the financial reports, budgets, and narrative forms required by the program.

4. In July 2025, the City of Chicago submitted "close out documents" requested by FEMA for the City's direct SSP grant awards. The City took this action under protest because none of the grant awards had reached the end of their periods of performance, but submitted the documents in a good faith attempt to resolve the pending costs.

5. As per instructions from FEMA, an employee under my supervision sent the closeout documentation via email to fema-ssp@fema.dhs.gov, as well as some of the individuals at DHS that had been points of contact for the SSP awards.

6. The City of Chicago received three direct SSP grants. An employee under my supervision sent a separate email for each grant award with all of the closeout documents attached as a zip file.

   a. For FY 2023 SSP-A, the employee sent, among other documents, an FY 2023 SSP-A Reimbursement Summary indicating that no funds were due to the City of Chicago under that grant.

   b. For FY 2024 SSP-A, the employee sent, among other documents, a FY 2024 SSP-A Reimbursement Request Summary that requested $13,432,275.50 in reimbursement. Included with this request was all of the documents that the City of

Chicago previously submitted in February 2025 as part of the City's reimbursement request for $11,873,241.46.

c. For FY 2024 SSP-C, the employee sent, among other documents, an FY 2024 SSP-C Reimbursement Request Summary that requested $12,288,565 in reimbursement. Included with this request was all of the documents that the City of Chicago previously submitted in February 2025 as part of the City's reimbursement request for $10,857,525.

7. To date, the City of Chicago has not received a response from DHS or FEMA on any of its pending SSP reimbursement requests, neither the requests submitted in Spring 2025 nor the requests submitted as part of the July 2025 closeout process.

8. On December 1, 2025, an employee under my supervision logged onto FEMA Go, the online portal for grant recipients to submit reimbursement requests as well as related information and documentation. The SSP grant was not listed as one of the grants for my office, as it had been previously. This makes it impossible for the City to submit reimbursement requests through FEMA Go.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on Dec. 17 , 2025 at Chicago, Illinois

Annette Guzman

3