**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| City of Chicago, City and County of Denver and Pima County,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and Karen Evans, in her official capacity as Acting Administrator of the United States Federal Emergency Management Agency,<br><br>        Defendants. | **Case No. 1:25-cv-05463** |

## DECLARATION OF KEN WALKER (PIMA COUNTY)

I, Ken Walker, declare as follows:

1. I am a resident of Pima County in the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I currently serve as Grants Management & Innovation Director for Pima County. I have held this position, including a period as interim director, since April 1, 2025.

3. In this position I assist with the administration of various federal grants, including the Shelter and Services Program, by overseeing the preparation and approving the submittal of programmatic reports. I partner with Pima County Finance & Risk Management to submit financial reports, budgets, and related narrative forms required by the program.

4. In June 2025, I oversaw the preparation and approval of "close out documents" that FEMA had requested for the City of Tucson's direct SSP grant awards. I submitted the reports, as required.

5.   Pima County submitted these documents under protest because none of the grant awards had reached the end of their periods of performance but submitted the documents in a good faith attempt to resolve the pending costs.

6.   As per instructions from FEMA, I sent the closeout documentation via email to fema-ssp@fema.dhs.gov, as well as some of the individuals at DHS that had been points of contact for the SSP awards.

7.   Pima County received three direct SSP grants. I sent a separate email for each grant award with all of the closeout documents attached as a zip file.

    a.   For FY 2023 SSP-A (EMW-2023-SP-05067), I sent, among other documents, an FY 2023 SSP SF-425, expense report sheet, and a second submittal of a FY2023 SSP Reimbursement Request that requested $6,142,437.00 in reimbursement. I included all required documents Pima County previously submitted on December 6, 2024 when requesting reimbursement for $5,771,917.04.

    b.   For FY 2024 SSP-A (EMW-2024-SP-05022), I sent, among other documents, an FY 2024 SSP-A Reimbursement Request Summary that requested $3,575,524.16 in reimbursement. I included with this request all required documents supporting Pima County's request.

    c.   For FY 2024 SSP-C (EMW-2024-SP-05142), I sent, among other documents, an FY 2024 SSP-C SF-425, indicating $0.00 had been spent and, therefore, no reimbursement was requested.

8.   To date, the Pima County has not received a response from DHS or FEMA on any of its pending SSP reimbursement requests, neither the requests submitted in December 2024 nor the requests submitted as part of the June 2025 closeout process.

I declare under penalty of perjury under the laws of the United State that the foregoing is true and correct.

Executed on December __19th__. 2025 at Pima County, Arizona.

_____
Ken Walker