**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| City of Chicago, City and County of Denver, and Pima County, | |
| Plaintiffs, | Case No.: 1:25-cv-05463 |
| v. | Hon. Matthew F. Kennelly |
| United States Department of Homeland Security; Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; United States Federal Emergency Management Agency; and Karen Evans, in her official capacity as Acting Administrator of the United States Federal Emergency Management Agency, | |
| Defendants. | |

**DECLARATION OF RACHEL ZEMKE**

I, Rachel Zemke, declare as follows:

1.      I am a resident of the City of Chicago in the State of Illinois. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I currently serve as an Assistant Corporation Counsel in the City of Chicago's Department of Law.

3.      On December 18, 2025, I accessed the website usaspending.gov and searched for awards under SSP's Assistance Listing of "97.141."

1

4.  The initial page of general results, under the box "Results Over Time," showed no outlays or obligations incurred after September 2024, and only a de-obligation of some $800 million in February 2025. Below is a screenshot I captured of the webpage:



5.  I also selected some awards to individual recipients at random by clicking on the "Prime Award ID." Those web pages showed no transactions *to* the recipients in 2025, and often a negative "revision" from the recipient in February 2025.

    a.  For example, for The Campaign Against Hunger, Inc., Prime Award ID EMW-2024-SP-05064, the award history box indicated a transfer of $511,930 in July 2024 but a negative transaction of $331,551 in February 2025. There were no other transactions recorded. Below are screenshots I captured of the webpage:

2



...

b.  For Iglesia Bautista Brownsville, Prime Award ID EMW-2024-SP-05095, the award history box showed a positive transaction of $216,000 in July 2024 but a negative transaction of $208,513 in February 2025. No other transactions were recorded. Below are screenshots I captured of the webpage:



...

3



6. From what I could see on usapsending.gov, it does not appear that FEMA has made any payments under the SSP program in 2025.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on December 18, 2025, in Chicago, Illinois.

/s/ Rachel Zemke
Rachel Zemke