UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

City of Chicago, et al.
                              Plaintiff,

v.                                       Case No.: 1:25−cv−05463
                                                       Honorable Matthew F. Kennelly

Department of Homeland Security, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, January 24, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to supplement the record regarding the motion to enforce is granted [82]. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.