# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.
                    Plaintiff,

v.                                       Case No.: 1:25−cv−05463
                                                  Honorable Matthew F. Kennelly

Department of Homeland Security, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 2/4/2026. Oral argument heard on the plaintiff's motion to enforce [74]. The matter is taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.