## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

City of Chicago, et al.

Plaintiff,

v.

Case No.: 1:25–cv–05463

Honorable Matthew F. Kennelly

Department of Homeland Security, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

MINUTE entry before the Honorable Matthew F. Kennelly: Video motion hearing held on 4/27/2026. Attorney Raana Haidari's motion for leave to appear pro hac vice [97] is granted. Plaintiff's second motion to enforce [90] is granted as to the plaintiffs' additional reimbursement requests and taken under advisement as to other SSP grantees. A draft order regarding the motion to enforce is to be sent in Word format to Judge Kennelly's proposed order email address. Defendants are to file a status report regarding additional reimbursement requests (as proposed during the hearing) by 5/11/2026. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.