## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| City of Chicago; City and County of Denver; and Pima County;<br><br>*Plaintiffs,*<br><br>vs.<br><br>United States Department of Homeland Security; Markwayne Mullin, in his official capacity as Secretary of the Department of Homeland Security; United States Federal Emergency Management Agency; Karen S. Evans, in her official capacity as Acting Administrator of the Federal Emergency Management Agency;<br><br>*Defendants.* | Case No. 25-cv-5463<br><br>Hon. Matthew F. Kennelly |

## ORDER PARTIALLY GRANTING PLAINTIFFS' SECOND MOTION TO ENFORCE THE PRELIMINARY INJUNCTION

This order partially resolves Plaintiffs' Second Motion to Enforce the Preliminary Injunction. *See* Dkt. no. 90. The Court grants Plaintiffs' motion to the following extent:

By May 11, 2026, Defendants must process, pursuant to 2 C.F.R. § 200.305(b)(3), all remaining requests submitted by Plaintiffs for reimbursement under the Shelter and Services Program. If Defendants determine that they have a reasonable belief—that does not rely on the reasons set forth in the March 11 and April 1 letters—that a reimbursement request is improper, Defendants must articulate such reason(s) to Plaintiffs.

The remainder of Plaintiffs' Second Motion remains under advisement.

Date: 5/4/2026

_____
Hon. Matthew F. Kennelly, U.S.D.J.